















JRL   12/13/02    9:30

3:02-CV-02429   QUALCOMM INC V. MAXIM INTEGRATED

*1*

*CMP.*

1   Gerald L. McMahon (CSB# 036050)
    David J. Zubkoff (CSB# 149488)
2   SELTZER CAPLAN McMAHON VITEK
    2100 Symphony Towers
3   750 B Street
    San Diego, CA  92101
4   (619) 685-3003

5
    Lloyd R. Day, Jr. (CSB# 090875)
6   James R. Batchelder (CSB# 136347)
    DAY CASEBEER MADRID & BATCHELDER LLP
7   20300 Stevens Creek Blvd., Suite 400
    Cupertino, CA  95014
8   (408) 873-0110

9
    Attorneys for Plaintiff,
10  QUALCOMM Incorporated

11

12                    UNITED STATES DISTRICT COURT

13                    SOUTHERN DISTRICT OF CALIFORNIA

14

15  **QUALCOMM INCORPORATED,**              No. _____

16                    Plaintiff,

17          v.                              **COMPLAINT FOR PATENT INFRINGEMENT**

18  **MAXIM INTEGRATED PRODUCTS, INC.,**    **DEMAND FOR JURY TRIAL**

19                    Defendant.

20

21

22

23

24

25

26

27

28

18146

COMPLAINT

## COMPLAINT

Plaintiff QUALCOMM Incorporated ("QUALCOMM"), for its complaint against defendant Maxim Integrated Products, Inc. ("Defendant"), alleges as follows:

### THE PARTIES

1.      QUALCOMM is a Delaware corporation that maintains its principal place of business at 5775 Morehouse Drive, San Diego, California, 92121.  QUALCOMM develops, manufactures, markets, licenses and operates advanced communications systems based on proprietary technology.

2.      On information and belief, defendant Maxim Integrated Products, Inc. ("Maxim") is a Delaware corporation having its principal place of business at 120 San Gabriel Drive, Sunnyvale, California, 94086.

### JURISDICTION AND VENUE

3.      This Court has jurisdiction over QUALCOMM's patent infringement claim pursuant to the patent laws of the United States, 35 U.S.C. §§ 1 et seq., and pursuant to 28 U.S.C. § 1338.

4.      Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b), 1391(c) and 1400(b) because Defendant has regularly conducted business in this judicial district, and certain of the acts complained of herein occurred in this judicial district.

### FACTS

5.      This action arises out of Defendant's infringement of three patents assigned to QUALCOMM.

### Patent Infringement

6.      On November 30, 1993, U.S. Patent No. 5,267,262, entitled "TRANSMITTER POWER CONTROL SYSTEM," ("the '262 patent") was duly and legally issued to inventor Charles E. Wheatley, III.  A copy of the '262 patent is attached hereto as Exhibit A.

7.      On February 24, 1998, U.S. Patent No. 5,722,063, entitled "METHOD AND APPARATUS FOR INCREASING RECEIVER IMMUNITY TO INTERFERENCE," ("the '063 patent") was duly and legally issued to inventors Paul E. Peterzell, Richard K. Kornfeld, Charles

18146

1

E. Wheatley, III, and Ana Weiland. A copy of the '063 patent is attached hereto as Exhibit B.

8. On March 24, 1998, U.S. Patent No. 5,732,341, entitled "METHOD AND APPARATUS FOR INCREASING RECEIVER IMMUNITY TO INTERFERENCE," ("the '341 patent") was duly and legally issued to inventor Charles E. Wheatley, III. A copy of the '341 patent is attached hereto as Exhibit C.

9. QUALCOMM is the owner of the '262, '063, and '341 patents by assignment, with full and exclusive right to bring suit to enforce these patents.

10. The '262, '063, and '341 patents relate generally to the transmission, reception and processing of radio signals by wireless telephones.

11. On information and belief, Defendant has been and is still infringing, contributing to infringement, and/or inducing others to infringe the '262, '063, and '341 patents by making, using, offering for sale, selling, or importing integrated circuits and modules for use in wireless telephones. Defendant's acts of infringement have occurred within this district and elsewhere throughout the United States.

12. On information and belief, Defendant has willfully infringed the '262, '063, and '341 patents by continuing in its acts of infringement after learning of these patents and of its infringement of these patents.

<div align="center">

**COUNT ONE**

**(PATENT INFRINGEMENT)**

</div>

13. QUALCOMM repeats and re-alleges the allegations of paragraphs 1 through 12 above as if fully set forth herein.

14. In violation of 35 U.S.C. § 271, Defendant has infringed and is continuing to infringe, literally and/or under the doctrine of equivalents, the '262, '063, and '341 patents by practicing one or more claims of each of the '262, '063, and '341 patents in its manufacture, use, offering for sale, sale, and/or importation of integrated circuits and modules for use in wireless telephones, and/or by inducing or contributing to the infringement of the '262, '063, and '341 patents by others.

15. QUALCOMM has been damaged by Defendant's infringement and, unless

18146

1  Defendant secures a license to the '262, '063, and '341 patents from QUALCOMM or is enjoined

2  by this Court, Defendant will continue its infringing activity and QUALCOMM will continue to be

3  damaged.

4  <center>**PRAYER FOR RELIEF**</center>

5      **WHEREFORE**, plaintiff QUALCOMM prays for the following relief against Defendant:

6      (a)    A preliminary and permanent injunction against Defendant, its officers, agents,

7  servants, employees, attorneys, all parent and subsidiary corporations, all assignees and successors

8  in interest, and those persons in active concert or participation with Defendant, including

9  distributors and customers, enjoining them from continuing acts of infringement of

10  QUALCOMM's '063, '341, and '262 patents;

11      (b)    An award of damages under 35 U.S.C. § 284 for Defendant's infringement of

12  QUALCOMM's '063, '341, and '262 patents, including damages based on lost profits, lost

13  royalties, and price erosion, together with pre-judgment and post-judgment interest;

14      (c)    A trebling of said damages pursuant to 35 U.S.C. § 284;

15      (d)    An award of attorneys' fees pursuant to 35 U.S.C. § 285;

16      (e)    Any such other relief that this Court deems just and proper.

17  Dated: December 12, 2002

18                         **DAY CASEBEER MADRID & BATCHELDER LLP**

19

20                     By: _____

21                             James R. Batchelder   *by DJR*

22                     Attorneys for Plaintiff

                     QUALCOMM Incorporated

23

24

25

26

27

28

1

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, QUALCOMM demands a trial by jury on all issues triable of right by a jury.

Dated: December 12, 2002

DAY CASEBEER MADRID & BATCHELDER LLP

By: _____
James R. Batchelder

by DJE

Attorneys for Plaintiff
QUALCOMM Incorporated

18146

C:\TEMP\181461.doc

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Exhibit A



US005267262A

# United States Patent [19]

## Wheatley, III

[11] Patent Number: **5,267,262**

[45] Date of Patent: **Nov. 30, 1993**

[54] **TRANSMITTER POWER CONTROL SYSTEM**

[75] Inventor: Charles E. Wheatley, III, Del Mar, Calif.

[73] Assignee: Qualcomm Incorporated, San Diego, Calif.

[21] Appl. No.: 773,067

[22] Filed: Oct. 8, 1991

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 433,031, Nov. 7, 1989, Pat. No. 5,056,109.

[51] Int. Cl.⁵ ...................... H04L 27/30; H04J 13/00; H04B 7/204

[52] U.S. Cl. ........................................... 375/1; 370/18; 379/59; 455/33.1; 455/38.3; 455/54.1; 455/69; 380/34

[58] Field of Search ...................... 455/33.1, 54.1, 59, 455/69, 73, 226.1–226.3, 38.3; 379/58–60, 63; 375/1; 380/34; 370/18

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,925,782 | 12/1975 | Anderl et al. | 455/53.1 |
| 4,112,257 | 9/1978 | Frost | 379/60 |
| 4,123,718 | 10/1978 | Lampert et al. | 375/1 |
| 4,193,031 | 3/1980 | Cooper | 455/38.1 |
| 4,222,115 | 9/1980 | Cooper et al. | 375/1 |
| 4,225,976 | 9/1980 | Osborne et al. | 375/1 X |
| 4,495,648 | 1/1985 | Giger | 455/73 |
| 4,580,262 | 4/1986 | Naylor et al. | 455/69 X |
| 4,613,990 | 9/1986 | Halpern | 455/33.2 |
| 4,641,322 | 2/1987 | Hasegawa | 375/1 |
| 4,672,658 | 6/1987 | Kavehrad et al. | 375/1 X |
| 4,765,753 | 8/1988 | Schmidt | 379/60 |
| 4,777,653 | 10/1988 | Bonnerot et al. | 455/69 |
| 4,811,421 | 3/1989 | Havel et al. | 455/69 |
| 4,868,795 | 9/1989 | McDavid et al. | 367/77 |
| 4,870,698 | 9/1989 | Katsuyama et al. | 455/67.1 |
| 4,901,307 | 2/1990 | Gilhousen et al. | 370/18 |
| 5,056,109 | 10/1991 | Gilhousen et al. | 375/1 |
| 5,093,840 | 3/1992 | Schilling | 375/1 |
| 5,107,487 | 4/1992 | Vilmur et al. | 370/18 |

*Primary Examiner*—Bernarr E. Gregory
*Attorney, Agent, or Firm*—Russell B. Miller

[57] **ABSTRACT**

A power control system for a cellular mobile telephone system in which system users communicate information signals between one another via at least one cell site using code division multiple access spread spectrum communication signals. The power control system controls transmission signal power for each cellular mobile telephone in the cellular mobile telephone system wherein each cellular mobile telephone has an antenna, transmitter and receiver and each cell-site also has an antenna, transmitter and receiver. Cell-site transmitted signal power is measured as received at the mobile unit. Transmitter power is adjusted at the mobile unit in an opposite manner with respect to increases and decreases in received signal power. A power control feedback scheme may also be utilized. At the cell-site communicating with the mobile unit, the mobile unit transmitted power is measured as received at the cell-site. A command signal is generated at the cell-site and transmitted to the mobile unit for further adjusting mobile unit transmitter power corresponding to deviations in the cell site received signal power. The feedback scheme is used to further adjust the mobile unit transmitter power so that mobile unit transmitted signals arrive at the cell-site at a desired power level.

19 Claims, 7 Drawing Sheets



Case 3:02-cv-02129-B-JMA   Document 1   Filed 12/13/02   Page 10 of 74



**FIG. 1**



FIG. 2A



FIG. 2B



FIG. 2C



FIG. 2D



FIG. 4



FIG. 3



FIG. 7



FIG. 5



FIG. 6

5,267,262

1

# TRANSMITTER POWER CONTROL SYSTEM

## BACKGROUND OF THE INVENTION

### I. Field of the Invention

The present application is a continuation-in-part application of copending U.S. patent application Ser. No. 07/433,031, filed Nov. 7, 1989, also entitled "METHOD AND APPARATUS FOR CONTROL-LING TRANSMISSION POWER IN A CDMA CELLULAR TELEPHONE SYSTEM" now U.S. Pat. No. 5,056,109 issued Oct. 8, 1991, and as such also relates telephone systems. More specifically, the present invention relates to a novel and improved method and apparatus for controlling transmitter power in a code division multiple access (CDMA) cellular mobile telephone system.

### II. Description of the Related Art

The use of code division multiple access (CDMA) modulation techniques is one of several techniques for facilitating communications in which a large number of system users are present. Although other techniques such as time division multiple access (TDMA) frequency division multiple access (FDMA) and AM modulation schemes such as amplitude companded single sideband (ACSSB) are known, CDMA has significant advantages over these other techniques. The use of CDMA techniques in a multiple access communication system is disclosed in U.S. patent application Ser. No. 06/921,261, filed Oct. 17, 1986, entitled "SPREAD SPECTRUM MULTIPLE ACCESS COMMUNICATION SYSTEM USING SATELLITE OR TERRESTRIAL REPEATERS", now U.S. Pat. No. 4,901,307 assigned to the assignee of the present invention, the disclosure thereof incorporated by reference.

In the just mentioned patent, a multiple access technique is disclosed where a large number of mobile telephone system users each having a transceiver communicate through satellite repeaters or terrestrial base stations (also known as cell-sites stations, or for short cell-sites) using code division multiple access (CDMA) spread spectrum communication signals. In using CDMA communications, the frequency spectrum can be reused multiple times thus permitting an increase in system user capacity. The use of CDMA results in a much higher spectral efficiency than can be achieved using other multiple access techniques. In a CDMA system, increases in system capacity may be realized by controlling the transmitter power of each mobile user so as to reduce interference to other system users.

In the satellite application of the CDMA communication techniques, the mobile unit transceiver measures the power level of a signal received via a satellite repeater. Using this power measurement, along with knowledge of the satellite transponder downlink transmit power level and the sensitivity of the mobile unit receiver, the mobile unit transceiver can estimate the path loss of the channel between the mobile unit and the satellite. The mobile unit transceiver then determines the appropriate transmitter power to be used for signal transmissions between the mobile unit and the satellite, taking into account the path loss measurement, the transmitted data rate and the satellite receiver sensitivity.

The signals transmitted by the mobile unit to the satellite are relayed by the satellite to a Hub control system earth station. The Hub measures the received signal power from signals transmitted by each active

2

mobile unit transceiver. The Hub then determines the deviation in the received power level from that which is necessary to maintain the desired communications. Preferably the desired power level is a minimum power level necessary to maintain quality communications so as to result in a reduction in system interference.

The Hub then transmits a power control command signal to each mobile user so as to adjust or "fine tune" the transmit power of the mobile unit. This command signal is used by the mobile unit to change the transmit power level closer to a minimum level required to maintain the desired communications. As channel conditions change, typically due to motion of the mobile unit, both the mobile unit receiver power measurement and the power control feedback from the Hub continually readjust the transmit power level so as to maintain a proper power level. The power control feedback from the Hub is generally quite slow due to round trip delays through the satellite requiring approximately ⅓ of a second of propagation time.

One important difference between satellite or terrestrial base stations systems are the relative distances separating the mobile units and the satellite or cell-site. Another important different in the satellite versus the terrestrial system is the type of fading that occurs in these channels. Thus, these differences require various refinements in the approach to system power control for the terrestrial system.

In the satellite/mobile unit channel, i.e. the satellite channel, the satellite repeaters are normally located in a geosynchronous earth orbit. As such, the mobile units are all at approximately the same distance from the satellite repeaters and therefore experience nearly the same propagation loss. Furthermore, the satellite channel has a propagation loss characteristic that follows approximately the inverse square law, i.e. the propagation loss is inversely proportional to the square of the distance between the mobile unit and the satellite repeater in use. Accordingly, in the satellite channel the variation in path loss due to distance variation is typically on the order of only 1–2 dB.

In contrast to the satellite channel, the terrestrial/mobile unit channel, i.e. the terrestrial channel, the distance between the mobile units and the cell sites can vary considerably. For example, one mobile unit may be located at a distance of five miles from the cell site while another mobile unit may be located only a few feet away. The variation in distance may exceed a factor of one hundred to one. The terrestrial channel experiences a propagation loss characteristic as did the satellite channel. However, in the terrestrial channel the propagation loss characteristic corresponds to an inverse fourth-power law, i.e. the path loss is proportional to the inverse of the path distance raised to the fourth power. Accordingly, path loss variations may be encountered which are on the order of over 80 dB in a cell having a radius of five miles.

The satellite channel typically experiences fading that is characterized as Rician. Accordingly the received signal consists of a direct component summed with a multiply reflected component having Rayleigh fading statistics. The power ratio between the direct and reflected component is typically on the order of 6–10 dB, depending upon the characteristics of the mobile unit antenna and the environment about the mobile unit.

Contrasting the satellite channel with the terrestrial channel, the terrestrial channel experiences signal fad-

3

ing that typically consists of the Rayleigh faded component without a direct component. Thus, the terrestrial channel presents a more severe fading environment than the satellite channel where Rician fading is the dominant fading characteristic.

The Rayleigh fading characteristics in the terrestrial channel signal is caused by the signal being reflected from many different features of the physical environment. As a result, a signal arrives almost simultaneously at a mobile unit receiver from many directions with different transmission delays. At the UHF frequency bands usually employed for mobile radio communications, including those of cellular mobile telephone systems, significant phase differences in signals traveling on different paths may occur. The possibility for destructive summation of the signals may result, with on occasion deep fades occurring.

Terrestrial channel fading is a very strong function of the physical position of the mobile unit. A small change in position of the mobile unit changes the physical delays of all the signal propagation paths, which further results in a different phase for each path. Thus, the motion of the mobile unit through the environment can result in a quite rapid fading process. For Example, in the 850 MHz cellular radio frequency band, this fading can typically be fast as one fade per second per mile per hour of vehicle speed. Fading on this order can be extremely disruptive to signals in the terrestrial channel resulting in poor communication quality. However, additional transmitter power can be used to overcome the problem of fading.

The terrestrial cellular mobile telephone system typically requires a full-duplex channel to be provided in order to allow both directions of the telephone conversation to be simultaneously active such as provided by the conventional wired telephone system. This full-duplex radio channel is normally provided by using one frequency band for the outbound link, i.e. transmissions from the cell-site transmitter to the mobile unit receivers. A different frequency band is utilized for the inbound link, i.e. transmission from the mobile unit transmitters to the cell-site receivers. According, this frequency band separation allows a mobile unit transmitter and receiver to be active simultaneously without feedback or interference from the transmitter into the receiver.

The use of different frequency bands has significant implications in the power control of the cell-site and mobile unit transmitters. Use of different frequency bands causes the multipath fading to be independent processes for the inbound and outbound channels. A mobile unit cannot simply measure the outbound channel path loss and assume that the same path loss is present on the inbound channel.

Furthermore, in the terrestrial cellular mobile telephone the mobile phone is capable of communications through multiple cell-sites as disclosed in copending U.S. patent application Ser. No. 07/433,030, filed Nov. 7, 1989 entitled "METHOD AND SYSTEM FOR PROVIDING A SOFT HANDOFF IN COMMUNICATIONS IN A CDMA CELLULAR TELEPHONE SYSTEM" now U.S. Pat. No. 5,101,501 issued Mar. 31, 1992, assigned to the assignee of the present invention and the disclosure of which is incorporated by reference. In communications with multiple cell-sites the mobile unit and cell-sites include a multiple receiver scheme as disclosed in the just mentioned application and further detailed in copending U.S. patent applica-

4

tion Ser. No. 07/432,552, also filed Nov. 7, 1989 and entitled "DIVERSITY RECEIVER IN A CDMA CELLULAR TELEPHONE SYSTEM" now U.S. Pat. No. 5,109,390 issued Apr. 28, 1992, assigned to the assignee of the present invention and the disclosure of which is also incorporated by reference.

In the cell diversity environment in which the mobile phone is communicating with another user through multiple cell-sites, mobile phone transmitter power must also be controlled so as to avoid adverse interference with other communications in all cells.

It is therefore, an object of the present invention to provide a novel and improved method and apparatus for controlling transmitter power in the terrestrial channel in a cell diversity environment so as to overcome deleterious fading without causing unnecessary system interference which can adversely affect overall system capacity.

SUMMARY OF THE INVENTION

In a terrestrial CDMA cellular mobile telephone system, it is desirable that the transmitter power of the mobile units be controlled so as to produce at the cell-site receiver a nominal received signal power from each and every mobile unit transmitter operating within the cell. Should all of the mobile unit transmitters within an area of coverage of the cell-site have transmitter power controlled accordingly the total signal power received at the cell-site would be equal to the nominal receiver power of the mobile unit transmitted signal multiplied by the number of mobile units transmitting within the cell. To this is added the noise power received at the cell-site from the mobile units adjacent cells.

The CDMA receivers of the cell-site respectively operate by converting a wideband CDMA signal from a corresponding one of the mobile unit transmitters into a narrowband digital information carrying signal. At the same time, other received CDMA signals that are not selected remain as wideband noise signals. The bit-error-rate performance of the cell-site receiver is thus determined by the ratio of the power of the desired signal to that of the undesired signals received at the cell-site, i.e., the received signal power in the desired signal transmitted by the selected mobile unit transmitter to that of the received signal power in undesired signals transmitted by the other mobile unit transmitters. The bandwidth reduction processing, a correlation process which results in what is commonly called "processing gain", increases the signal to noise interference ratio from a negative value to a positive value thus allowing operation within an acceptable bit-error-rate.

In a terrestrial CDMA cellular mobile telephone system it is extremely desirable to maximize the capacity in terms of the number of simultaneous telephone calls that may be handled in a given system bandwidth. System capacity can be maximized if the transmitter power of each mobile unit is controlled such that the transmitted signal arrives at the cell-site receive at the minimal signal to noise interference ratio which allows acceptable data recovery. If a signal transmitted by a mobile unit arrives at the cell-site receiver at a power level that is too low, the bit-error-rate may be too high to permit high quality communications. On the other hand if the mobile unit transmitted signal is at a power level that is too high when received at the cell-site receiver, communication with this particular mobile unit will be acceptable. However, this high power signal acts as interference to other mobile unit transmitted

5,267,262

5

signals that are sharing the same channel, i.e. bandwidth. This interference may adversely affect communications with other mobile units unless the total number of communicating mobile units is reduced.

The path loss of signals in the UHF frequency band of the cellular mobile telephone channel can be characterized by two separate phenomena, average path loss and fading. The average path loss can be described statistically by a log-normal distribution whose mean is proportional to the inverse fourth-power of the path distance, and whose standard deviation is approximately equal to 8 dB. The second phenomena is a fading process caused by multipath propagation of the signals which is characterized by a Rayleigh distribution. The average path loss, which is a log-normal distribution, can be considered to be the same for both the inbound and outbound frequency bands, as is for the conventional cellular mobile telephone systems. However, as mentioned previously Rayleigh fading is an independent phenomena for the inbound and outbound link frequency bands. The log-normal distribution of the average path loss is a relatively slow varying function of position. In contrast, the Rayleigh distribution varies relatively fast as a function of position.

In the terrestrial environment where multipath signal propagation is common a signal transmitted by a transmitter may travel several different paths to a receiver. Each version of the same signal as travelling upon a different propagation path may experience Rayleigh and/or Rician fading. However the total received power of the signal as measured at the receiver does not fade much.

As disclosed herein, a CMDA approch to multiple user access in a cellular mobile telephone system is implemented. In such a system all the cell-sites in a region transmit a "pilot" signal of the same frequency and code. The use of a pilot signal in CDMA systems is well known. In this particular application, the pilot signal is used by the mobile units for initial synchronization of the mobile unit receiver. The pilot signal is also used as a phase and frequency reference, and a time reference for demodulation of the digital speech signals transmitted by the cell-site.

Each mobile unit estimates the path loss in signals transmitted from the cell-site to the mobile unit. In order to make this signal path loss estimate, the combined power of all cell-site transmitted signals as received at the mobile unit is measured. This power level sum measurement is used for purposes of instantaneous open loop power control. This power level sum measurement control is particularly applicable to the situation where the mobile unit might temporarily obtain a better path to a more distant cell-site than to a normally preferred closest cell-site. In this situation the power level sum is used to reduce the mobile unit transmitter power to prevent unnecessary interference to the other users. The mobile unit also measures the pilot signal power as received from the cell-site to which the mobile unit is communicating for assigning data receivers. The mobile unit also measures the signal power of communication signals intended for the mobile unit as transmitted from the cell-site to which the mobile unit is in communication with for purposes of generating a request for an increase in the cell-site transmission power.

The outbound link path loss estimate at the mobile unit is used by the mobile unit to adjust the mobile unit transmitter power. Thus, the stronger the received signal, the lower the mobile unit transmitter power will be.

6

Reception of a strong signal from the cell-site indicates that the mobile unit is either close to the cell-site or else an unusually good path to the cell-site exists. Reception of a strong signal means that a relatively smaller mobile unit transmitter power level is required in nominal received power at the cell-site the mobile unit.

In the case of a sudden degradation in signal power, a sudden decrease in signal power in signals received at the mobile unit is experienced. Although the mobile unit transmitter power increases in response to this channel condition, the power increase is controlled from being increased at an excessively high rate through a closed loop power control scheme. The rate of increase of the mobile unit transmitter transmit power is within a rate of control, e.g. 0.5 dB per 1.25 milliseconds, provided through closed loop power adjustment commands transmitted from the cell-site, as described below. Using the cell-site generated power adjustment commands, the mobile unit transmitter power will be prevented from being increased to a level significantly higher than the level required for communications, particularly when a sudden channel degradation occurs in only the outbound link path and not in the inbound link path.

In addition to measuring the received signal strength in the mobile unit, it is also desirable for the processor in the mobile unit to know the cell-site transmitter power and antenna gain (EIRP), the cell-site G/T (receive antenna gain G divided by receiver noise level T) the mobile unit antenna gain, and the number of calls active at this cell-site. This information allows the mobile unit processor to properly compute the reference power level for the local power setting function. This computation is done by calculating the cell-site to mobile link power budget, solving for the path loss. This path loss estimate is then used in the mobile cell-site link budget equation, solving for the mobile unit transmit power required to produce a desired signal level. This capability allows the system to have cell-sites with differing EIRP levels to correspond to the size of the cells. For example, a small radius cell need not transmit with as high a power level as a large radius cell. However, when the mobile unit is a certain distance from a low power cell, it would receive a weaker signal than from a high power cell. The mobile unit would respond with a higher transmit power than would be necessary for the short range. Hence, the desirability of having each cell-site transmit information as to its characteristics for power control.

The cell-site transmits information such as cell-site EIRP, G/T and number of active calls on a cell-site setup channel. The mobile unit receives this information when first obtaining system synchronization and continues to monitor this channel when idle for pages for calls originated within the public telephone switching network intended for the mobile unit. The mobile unit antenna gain is stored in a memory in the mobile unit at the time the mobile unit is installed in the vehicle.

In a simplified approach, the cell-site may merely compute a simple parameter based upon the above cell-site information from which a mobile unit transmitter power level may be derived. This parameter is transmitted to the mobile unit where used to determine the transmitter power level. In determining the transmitter power level at the mobile unit a basic rule may be applied, such as the sum of the measured total received signal power and the transmit power equal a constant. This constant however is subject to change depending

5,267,262

7

upon changes in the cell-site transmission power level as discussed later herein.

As mentioned previously, mobile unit transmitter power is also controlled by a signal from one or more cell-sites. Each cell-site receiver measures the strength of the signal, as received at the cell-site, from each mobile unit to which the cell-site is in communication with. The measured signal strength is compared to a desired signal strength level for that particular mobile unit. A power adjustment command is generated and sent to the mobile unit. In response to the cell-site power adjustment command, the mobile unit increases or decreases the mobile unit transmitter power by a predetermined amount, nominally less than 1 dB. In the cell diversity situation, power adjustment commands are provided from both cell sites. The mobile unit acts upon these multiple cell-site provided power control commands, so as to avoid mobile unit transmitter power levels that may adversely interfere with other mobile unit communications with the cell-sites, and yet provide sufficient power to support communications between the mobile unit and at least one cell-site.

The power adjustment command is transmitted by the cell-site transmitter at a relatively high rate, typically on the order of about one command every millisecond. The rate of transmission of the power adjustment command must be high enough to permit Rayleigh fading on the inbound link path to be tracked. It is further desirable for the outbound link path Rayleigh fading impressed on the inbound link path signal to be tracked. One command per 1.25 millisecond is adequate to track the fading processes for vehicle speeds in the range of 25–50 miles per hour for 850 MHz band mobile communications. It is important that the latency in determining the power adjustment command and the transmission thereof be minimized so that channel conditions will not change significantly before the mobile unit receives and responds to the signal.

In summary, to account for the independence of the two Rayleigh fading paths (inbound and outbound), the mobile unit transmitter power is controlled by the power adjustment command from the cell-site. Each cell-site receiver measures the received signal strength from each mobile unit. The measured signal strength is compared to the desired signal strength for that mobile unit and a power adjustment command is generated. The power adjustment command is sent to the mobile unit in the outbound data or voice channel addressed to that mobile unit. This power adjustment command is combined with the mobile unit one way estimate to obtain the final value of the mobile unit transmitter power.

The power adjustment command signal is transmitted, in an exemplary embodiment, by overwriting one or more user data bits every millisecond. The modulation system employed in CDMA systems is capable of providing correction coding for user data bits. The overwrite by the power adjustment command is treated as a channel bit error or erasure and corrected by the error correction as decoded in the mobile unit receiver. Error correction coding on the power adjustment command bits in many cases may not be desirable because of the resulting increased latency in reception and response to the power adjustment command. It is also envisioned that time division multiplexing for transmission of the power adjustment command bits may be used without overwriting user data channel symbols.

8

The cell-site controller or processor can be used to determine the desired signal strength, as received at the cell-site, for signals transmitted by each mobile unit. The desired signal strength level values are provided to each of the cell-site receivers. The desired signal strength value is used for comparing with a measured signal strength value for generating the power adjustment command.

A system controller is utilized to command each cell-site processor as to the value of desired signal strength to use. The nominal power level can be adjusted up or down to accommodate variations in the average conditions of the cell. For example, a cell-site positioned in an unusually noisy location or geographic region might be allowed to use a higher than normal inbound power level. However, such a higher power level for in-cell operation will result in higher levels of interference to immediate neighbors of this cell. This interference can be compensated for by allowing the neighbor cells a small increase in inbound link power. Such an increase in inbound power in neighboring cells would be smaller than that of the increase given to the mobile users communicating in the high noise environment cell. It is further understood that the cell-site processor may monitor the average bit-error-rate. This data may be used by the system controller to command the cell-site processor to set an appropriate inbound link power level to assure acceptable quality communications.

It is also desirable to provide a means for controlling the relative power used in each data signal transmitted by the cell-site in response to control information transmitted by each mobile unit. The primary reason for providing such control is to accommodate the fact that in certain locations, the outbound channel link from the cell-site to the mobile unit may be unusually disadvantaged. Unless the power being transmitted to this mobile is increased, the quality may become unacceptable. An example of such a location is a point where the path loss to one or two neighboring cells is nearly the same as the path loss to the cell-site communicating with the mobile unit. In such a location, the total interference would be increased by three times over the interference seen by the mobile unit at a point relatively close to its cell-site. In addition, the interference coming from these neighboring cell-sites will not fade in unison with the desired signal as would be the case for interference coming from the desired cell-site. This situation may required 3–4 dB additional signal power to achieve adequate performance.

In another situation, the mobile unit may be located where several strong multipath signals arrive, resulting in larger than normal interference. In such a situation, increasing the power of the desired signal relative to the interference may allow acceptable performance. At other times, the mobile unit may be located where the signal-to-interference ratio is unusually good. In such a case, the cell-site could transmit the desired signal using a lower than normal transmitter power, reducing interference to other signals being transmitted by the system.

To achieve the above objectives, the preferred embodiment includes a signal-to-interference measurement capability within the mobile unit receiver. This measurement is performed by comparing the power of the desired signal to the total interference and noise power. If the measured ratio is less than a predetermined value, the mobile transmits a request to the cell-site for additional power in cell-site transmissions. If the ratio ex-

5,267,262

9

ceeds the predetermined value the mobile unit transmits a request for a reduction in power.

The cell-site receives the power adjustment request from each mobile and responds by adjusting the power allocated to the corresponding cell-site transmitted signal by a predetermined amount. The adjustment would usually be small, typically on the order of 0.5–1 dB, or around 12% more or less. Correspondingly the other cell-site transmitted signals are reduced by a factor of the increase divided by n, where n is the number of other channel units communicating to a mobile telephone. Typically the decrease in power may be on the order of 0.05 dB. The rate of change of power may be somewhat slower than that used for the inbound link from the mobile unit to cell-site, perhaps once per second. The dynamic range of the adjustment would also be limited to 4 dB less than nominal to about 6 dB greater than nominal. It should be understood the power increase and decrease levels are for purposes of example and that other levels may be readily selected depending on system parameters.

The cell-site must also consider the power demands being made on it by all the mobiles in deciding whether to comply with the requests of any particular mobile. For example, if the cell-site is loaded to capacity, requests for additional power might be granted but only by 6% or less, instead of the normal 12%. In this regime, a request for a reduction in power would still be granted at the normal 12% change.

## BRIEF DESCRIPTION OF THE DRAWINGS

The features and advantages of the present invention will become more apparent from the detailed description set forth below when taken in conjunction with the drawings in which like reference characters correspond throughout and wherein:

FIG. 1 is a schematic overview of an exemplary mobile cellular telephone system;

FIGS. 2A–2D illustrate, in a series of graphs, mobile unit received signal power, mobile unit transmit power and cell-site received signal power as a function of distance;

FIG. 3 is a block diagram of a cell-site with particular reference to power control features;

FIG. 4 is a block diagram of the mobile unit with particular reference to the power control features;

FIG. 5 is a block diagram illustrating in further detail the power control features of the mobile unit of FIG. 4;

FIG. 6 is a block diagram illustrating in further detail the power control features of the cell-site of FIG. 3; and

FIG. 7 is a block diagram of a cell-site/system controller configuration for cell-site transmitter power control.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

An exemplary terrestrial cellular mobile telephone system in which the present invention is embodied is illustrated in FIG. 1. The system illustrated in FIG. 1 utilizes CDMA modulation techniques in communications between the system mobile user, and the cell-sites. Cellular systems in large cities may have hundreds of cell-site stations serving hundreds of thousands of mobile telephones. The use of CDMA techniques readily facilitates increases in user capacity in systems of this size as compared to conventional FM modulation cellular systems.

10

In FIG. 1, system controller and switch 10, typically includes appropriate interface and processing hardware for providing system control information to the cell-sites. Controller 10 controls the routing of telephone calls from the public switched telephone network (PSTN) to the appropriate cell-site for transmission to the appropriate mobile unit. Controller 10 also controls the routing of calls from the mobile units via at least one cell-site to the PSTN. Controller 10 may direct calls between mobile users via the appropriate cell-site stations since such mobile units do not typically communicate directly with one another.

Controller 10 may be coupled to the cell-sites by various means such as dedicated telephone lines, optical fiber links or by radio frequency communications. In FIG. 1, two exemplary cell-sites, 12 and 14, along with two exemplary mobile units 16 and 18 which include cellular telephones are illustrated. Arrows 20a–20b and 22a–22b respectively define the possible communication links between cell-site 12 and mobile units 16 and 18. Similarly, arrows 24a–24b and arrows 26a–26b respectively define the possible communication links between cell-site 14 and mobile units 18 and 16. It should be understood that each communication link may include multipath propagations of signals communicated between cell-sites and mobile units. Furthermore cell-sites 12 and 14 normally transmit using equal power, however cell-site transmission power may also be controlled to be set at various power levels.

Cell-sites 12 and 14 are in the typical case are terrestrial base stations which define cell service areas, however it should be understood that earth orbit relay satellites, such as satellites 13 and 15, may be used to provide more complete cellular coverage, particularly for remote areas. In the satellite case, signals are relayed between the mobile users and the terrestrial base stations using satellites 13 and 15. As in the terrestrial case, the satellite case also provides the ability for communication between a mobile unit and one or more base stations via multiple transponders on the same satellite or through different satellites.

Mobile unit 16 measures the total received power in signals transmitted by cell-sites 12 and 14 upon paths 20a and 26a. Similarly, mobile unit 18 measures the total received power in signals as transmitted by cell-sites 12 and 14 upon paths 22a and 24a. In each of mobile units 16 and 18, signal power is measured in the receiver where the signal is a wideband signal. Accordingly, power measurement is made prior to correlation of the received signal with a pseudonoise (PN) spectrum spreading signal.

When mobile unit 16 is closer to cell-site 12, the received signal power will be dominated by the signal traveling path 20a. When mobile unit 16 is nearer to cell-site 14, the received power will be dominated by the signal traveling on path 26a. Similarly, when mobile unit 18 is closer to cell-site 14, the received power will be dominated by the signal on path 24a. When mobile unit 18 is closer to cell-site 12, the received power will be dominated by the signal traveling on path 22a.

Each of mobile units 16 and 18 uses the resultant measurement, together with knowledge of the cell-site transmitter power and the mobile unit antenna gain to estimate the path loss to the closet cell-site. The estimated path loss, together with knowledge of the mobile antenna gain and the cell-site G/T is used to determine the nominal transmitter power required to obtain the desired carrier-to-noise ratio in the cell-site receiver.

5,267,262

11                                                      12

The knowledge by the mobile units of the cell-site parameters may be either fixed in memory or transmitted in cell-site information broadcast signals, setup channel, to indicate other than nominal conditions for a particular cell-site.

In the preferred embodiment a technique is employed which avoids the necessity of actually determining path loss so that a correction can be made to the mobile unit transmitter power. As mentioned previously, the cell-site need only compute and transmit a "constant" parameter to the mobile unit. The value of this parameter as used by the mobile unit is equal to the sum of the measured combined wideband received signal power level and the desired transmission power level. Thus from the received parameter and the measured signal power, transmit power may be readily determined. The transmitted "constant" parameter is set at the cell-site based upon known cell-site parameters so as to provide from the mobile unit a transmit power level sufficient for the signal to be demodulated at the cell-site. As mentioned previously the "constant" may be changed as cell-site transmitter power changes.

As a result of the determination of the mobile unit nominal transmit power, in the absence of Rayleigh fading and assuming perfect measurements, the mobile unit transmitted signals will arrive at the nearest cell-site precisely at the desired carrier-to-noise ratio. Thus the desired performance will be obtained with the minimum amount of mobile unit transmitter power. The minimization of the mobile unit transmitted power is also important in a CDMA system because each mobile unit causes interference to every other mobile unit in the system. In minimizing the mobile unit transmitter power, system interference will be held to a minimum, thus allowing additional mobile users to share the frequency band. Accordingly, system capacity and spectral efficiency is maximized.

FIGS. 2A-2C graphically illustrate the effects of path loss and Rayleigh fading on signal power as a function of distance for a moving vehicle. In these graphs it should be understood that the rate of Rayleigh fading as illustrated therein is exaggerated from the actual terrestrial cellular telephone environment. The rate of a fade in the actual environment is at rate such that open loop transmitter power control circuitry of the present invention is sufficiently fast enough to provide communication signals at a power level necessary to overcome the fade. Since the open loop transmitter power control circuitry is able to track channel degradation and improvements, for which transmission power is respectively increased and decreased, a limit on the rate of increase in transmission power is believed to be unnecessary. However an optional non-linear filter may be employed, if necessary, at the mobile unit to limit the rate of increase of transmitter power as compared to the rate decrease of transmitter power.

Furthermore the use of a closed loop power control scheme can correct for various erroneous open loop controlled power increases/decreases resulting from other than Rayleigh fading. As mentioned previously, a measurement of the outbound signal power is used to determine the inbound signal power transmission level. Thus, errors in inbound signal power level may occur since both the inbound and outbound channels may fade differently. The closed loop power control scheme is sufficiently fast enough to correct for these errors in the terrestrial channel environment without the need for slowing down the increase in transmission power by a

non-linear filter which limits the rate of an open loop power increase.

Absent a sufficiently fast closed loop feedback system it is desirable to use some technique, such as a non-linear filter, to slow down rapid open loop increases in transmitter power. In using a non-linear filter the communication quality with that particular mobile user may suffer somewhat. However on a system level it is better to tolerate a degradation in the communications of one mobile unit suffer rather than have all other mobile units in the system affected a significant increase in transmitter power by the one mobile unit.

FIG. 2A illustrates the effect of both Rayleigh fading as a function of distance on the strength of the cell-site transmitted signal as received at a mobile unit. The average path loss, indicated by curve 30, is determined primarily by the fourth-power of the distance between the cell-site and the mobile unit, and by the shape of the terrain between them. As distance increases between the mobile unit and the cell-site, signal power decreases as received at the mobile unit for a constant power transmitted cell-site signal. The average path loss is the same for both directions of the link, and typically exhibits a log-normal distribution about the average path loss.

In addition to the slowly varying log-normal average path loss, the rapid fading up and down around the average path loss is caused by the existence of multiple path signal propagation. The signals arrive from these multiple paths in random phase and amplitude, resulting in the characteristic Rayleigh fading. Curve 32, as illustrated in FIG. 2A, represents the variation in signal path loss as a result of Rayleigh fading. The Rayleigh fading is typically independent for the two directions of the cell-site/mobile unit communication link, i.e. outbound and inbound channels. For example, when the outbound channel is fading, the inbound channel is not necessarily fading at the same time.

FIG. 2B illustrates the mobile unit transmitter power adjusted to correspond to the link path signal strength of FIG. 2A. In FIG. 2B, curve 34 represents the desired average transmit power corresponding to the average path loss curve of curve 30 of FIG. 2A. Similarly, curve 36 corresponds to the mobile unit transmitter power responding to the Rayleigh fading as represented by curve 32 of FIG. 2A. As the Rayleigh faded signal, curve 32 of FIG. 2A, decreases in signal strength, rapid increases in transmitter power result. These rapid upward excursions of transmitter power can result in deleterious effects in overall system performance. The use of closed loop power adjustment feedback from the cell-site to adjust mobile unit transmitter power can be used to limit the increase in transmitter power.

FIG. 2C is a graph illustrating the cell-site received signal power strength with respect to transmissions of the mobile unit as it travels from the cell-site. Curve 40 indicates the desired average received signal power at the cell-site for a signal transmitted from a mobile unit. It is desirable that the average received signal power be at a constant level, yet a minimum necessary to assure a quality communication link with the mobile unit. Corrections are made at the mobile unit to correct for Rayleigh fading in the cell-site transmitted signal.

The mobile unit transmitted signal experiences Rayleigh fading before arriving at the cell-site receiver. The signal received at the cell-site is therefore a signal of constant average received power level but still with the Rayleigh fading of the inbound channel impressed thereupon. Curve 42 represents the Rayleigh fading

5,267,262

13

that occurs on the inbound signal absent power correction from the mobile unit open loop power control system based upon outbound signal fading. In the terrestrial channel a high speed open loop power control power control process is utilized to compensate for Rayleigh fading on the inbound channel. In the satellite repeater situation the speed at which the open loop power control operates is slowed down.

Additionally, there is the possibility that the mobile unit may come to rest at a place where the outbound link is not faded but yet the inbound link is severely faded. Such a condition would disrupt communications unless an additional mechanism is employed to compensate for the inbound channel Rayleigh fading. The closed loop power adjustment command process employed at the cell-site is such a mechanism for adjusting the mobile unit transmitter power, so as to compensate for the Rayleigh fading on the inbound channel. In FIG. 2C, curve 44 illustrates the mobile unit transmitted signal power as received at the cell-site when compensating for average path loss and Rayleigh fading on both the inbound and outbound channels. As can be seen in FIG. 2C curve 44 follows close to curve 40 except for instances of severe fading where the fading process is minimized by the closed loop control.

In FIG. 3, an exemplary implementation of a cell-site transceiver system, which incorporates power control features, is illustrated. Further details on the specific modulation scheme and the implementation thereof are disclosed in copending U.S. patent application Ser. No. 07/543,492, filed Jun. 25, 1991, entitled "SYSTEM AND METHOD FOR GENERATING SIGNAL WAVEFORMS IN A CDMA CELLULAR TELEPHONE SYSTEM" now U.S. Pat. No. 5,103,459 issued Apr. 7, 1992, assigned to the assignee of the present invention and the disclosure of which is also incorporated by reference. In FIG. 3, an antenna system 52 is provided for receiving multiple mobile unit transmitted signals which are then provided to analog receiver 54 for amplification, frequency downconversion and IF processing of the received RF signal. Analog receiver 54 includes a frequency downconverter, bandpass filter, automatic gain control (AGC) circuitry and an analog to digital converter, as is common to analog receivers for use in digital transmission systems. The AGC circuitry normalizes the received wideband signal which includes all user signals prior to analog to digital conversion. The analog signals output from receiver 54 are provided to a plurality of receiver modules or channel units for, extraction of user directed information signals, generation of power adjustment commands, and modulation of user input information signals for transmission. One such module used in communications with a particular mobile unit, such as mobile unit N, is module 50N. Thus the output of receiver 54 is provided to a plurality of these modules including module 50N. In module 50N the desired mobile unit N signal is extracted from the normalized received wideband signal.

Module 50N comprises digital data receiver 56, user digital baseband circuit 58, received power measurement circuitry 60 and transmit modulator 62. Digital data receiver 56 receives the wideband spread spectrum signals for correlating and despreading the mobile unit N transmitted signal to a narrowband signal for transfer to an intended recipient communicating with mobile unit N. Digital data receiver 56 provides the desired user narrowband digital signals to user digital baseband circuitry 58. Digital data receiver 56 also provides the

14

desired user narrowband signal to received power measurement circuitry 60.

Received power measurement circuitry 60 measures the power level in the received signal from mobile unit N. Since the received wideband signal is normalized in analog receiver 54, the measurement made by received power measurement circuitry 60 is not an absolute power measurement. The measurement made by received power measurement circuitry 60 is in reality a value which is representative of a signal to noise ratio of the desired signal to that of the total noise. Received power measurement circuitry 60 in response to the measured level of power generates a power adjustment command which is input to transmit modulator 62 for transmission to mobile unit N. As previously discussed, the data bits in the power adjustment command are used by mobile unit N in adjusting mobile unit transmitter power.

When the received power measurement is greater than the preset level provided by a cell-site processor (not shown), an appropriate power adjustment command is generated. Should the received power measurement be less than the preset level, the power adjustment command data bits are generated and indicate that an increase in mobile unit transmitter power is necessary. Similarly, if the received measurement is greater than the preset level, the power adjustment command is generated such that the mobile unit transmitter power is reduced. The power adjustment command is utilized to maintain a nominal received power level at the cell-site.

The signal output from digital data receiver 56 is provided to user digital baseband circuitry 58 where it is interfaced for coupling to the intended recipient via the system controller and switch. Similarly, baseband circuitry 58 receives user information signals intended for mobile unit N and provides them to transmit modulator 62.

Transmit modulator 62 spread spectrum modulates the user addressable information signals for transmission to mobile unit N. Transmit modulator 62 also receives the power adjustment command data bits from received power measurement circuitry 60. The power adjustment command data bits are also spread spectrum modulated by transmit modulator 62 for transmission to mobile unit N. Transmit modulator 62 provides the spread spectrum modulated signal via transmit power control circuitry 63 to summer 64 where combined with spread spectrum signals from other module transmit modulators also located at the cell-site.

The combined spread spectrum signals are input to summer 66 where they are combined with a pilot signal provided by pilot signal generator 68. These combined signals are then provided to circuitry (not shown) for frequency upconversion from the IF frequency band to the RF frequency band and amplified. The RF signals are then provided to antenna 52 for transmission. Although not illustrated, transmit power control circuitry may be disposed between summer 66 and antenna 52. This circuitry, under control of the cell-site processor, is responsive to power adjustment command signals transmitted by the mobile unit which are demodulated at the cell-site receiver and provided to the cell-site control processor for coupling to the circuitry.

In FIG. 4, the mobile unit, such as mobile unit N, includes an antenna system 70 for collecting cell site transmitted signals and radiating mobile unit generated CDMA signals. Typically antenna system 70 is comprised of a single antenna coupled by a duplexer to

analog receiver 72 and transmit power control circuitry 76. In the alternative two separate antennas, one for transmission and another for reception. Mobile unit N receives the pilot signal, setup channel signals and the mobile unit N addressed signals using antenna system 70, analog receiver 72 and digital data receiver system 74. Receiver 72 amplifies and frequency downconverts the received RF CDMA signals to IF, and filters the IF signals. The IF signals are output to digital data receiver 74 for digital processing. Receiver 72 also includes circuitry for performing an analog measurement of the combined power of the received signals. This power measurement is used to generate a feedback signal that is provided to transmit power control circuitry 76 for controlling transmit power.

Digital data receiver system 74 is comprised of multiple digital data receivers. One digital data receiver, receiver 74a is used to search for pilot signals that are transmitted by each cell-site. These pilot signals may be multipath signals of a same cell-site, pilot signals transmitted by different cell-sites, or a combination of both. The different cell-site transmitted pilot signals are each of a same spreading code but of at a different code phase offset for identification of the particular cell-site. Receiver 74a provides to control processor 78 signals indicative of the strongest pilot signals, whether they be multipath signals of a single cell-site or from different cell-sites. Control processor 78 uses the information provided from receiver 74a in establishing and maintaining communication with the cell-site or cell-site.

Digital data receiver system 74 is further comprised of digital data receivers 74b and 74c. Although only two receivers are illustrated, additional receivers may be provided. Receivers 74a and 74b are used for despreading and correlating the received signals addressed to mobile unit N from one cell-site or from multiple cell-sites for cell diversity mode communications. Receivers 74b and 74c are assigned to process different multipath signals from the same cell-site, or signals from different cell-sites when in a cell diversity mode. Under the control of control processor 78, receivers 74b and 74c process the assigned signal intended for the mobile user. Typically receivers 74b and 74c are assigned to process the spread spectrum digital user data signal which correspond to the strongest pilot signals identified by receiver 74a.

Receivers 74b and 74c provides demodulated user data such as digitized encoded speech to diversity combiner and decoder circuitry 75. Circuitry 75 coherently combines the different signals from receivers 74b and 74, whether they be multipath signals or cell diversity signal so as to provide a single user data signal. Circuitry 75 also performs decoding and error correction on the user data. The signal output from circuitry is provided to digital baseband circuitry 82 for interface with the user. Baseband circuitry 82 includes interface hardware for coupling receiver 74 and transmit modulator 82 to the user handset (not shown). Control information, such as the cell-site transmitted power level setting parameter, is provided from circuitry 75 to control processor 80.

Receivers 74b and 74c also separate the digital user data from the power adjustment commands generated by the cell-site(s) and transmitted in the user data signals. The extracted power adjustment command data bits are sent to control processor 78. Processor 78 analyzes the power adjustment commands to so as to provide control over the mobile unit transmitter power.

In the single cell situation when either one or more (multipath) signals are the signals assigned to be processed by receivers 74b or/and 74c, the power adjustment commands are recognized as originating from a single cell-site. In this case, processor 78 is responsive to the power adjustment command data bits generates a transmit power control command that is provided to transmit power control circuitry 80. When the power adjustment commands indicate that additional mobile unit transmitter power is required, processor 78 provides a signal to transmit power control circuitry 76 to increase transmitter power. Similarly, when the power adjustment commands indicate that less mobile unit transmitter power is required, processor 78 provides a signal to transmit power control circuitry 76 to decrease transmitter power. However, in the cell diversity situation additional factors must be taken into consideration by processor 78.

In the cell diversity situation, the power adjustment commands are arriving from two different cell-sites. Mobile unit transmitter power as measured at these different sites may be different, and therefore care must be taken in controlling the mobile unit transmitter power to avoid transmitting at a level that would adversely affect communications between the cell-sites and other users. Since the cell-site power adjustment command generation process is independent from each other cell-site, the mobile unit must respond to the received commands in a manner that does not affect other users.

In the cell-diversity situation should both cell-sites provide power adjustment commands to the mobile unit requesting additional power, control processor operates in a logical AND function and generates a power control signal to transmit power control circuitry 76 indicative of an increase in transmitter power. In this example a request for a power increase request corresponds to a logical "1" while a power decrease request corresponds to a logical "0". Transmit power control circuitry 76 is responsive to this type of power control signal so as to increase the transmitter power. This situation may occur when the communication path to both cell-sites is degraded for one or more reasons.

In the case when one cell-site requests an increase in transmitter power but the other one requests a decrease, processor 78 again operates in the above mentioned logical AND function to generate a power control signal to transmit power control circuitry 76 indicative of an decrease in transmitter power. Transmit power control circuitry 76 is responsive to this type of power control signal so as to decrease the transmitter power. This situation may occur when the communication path to one cell-site is degraded while the communication path to the other cell-site becomes improved.

In summary, mobile unit transmitter power is increased only when all cell-sites in which the mobile unit is in communication with request an increase in power, and is decreased when any one or more of these cell-sites request a decrease in power. In this scheme, a mobile unit will not transmit at a power level that would unnecessarily increase the level of system interference for other users, but yet maintain a level that would facilitate communication with at least one cell-site.

Further discussion on the function of receiver system 74 in communications with multiple cell-sites is provided in previously mentioned copending U.S. patent application Ser. No. 07/432,552, entitled "DIVER-

SITY RECEIVER IN A CDMA CELLULAR TEL-EPHONE SYSTEM" (U.S. Pat. No. 5,119,390). The function is also further exemplified in previously mentioned copending U.S. patent application Ser. No. 07/433,030, entitled "METHOD AND SYSTEM FOR PROVIDING A SOFT HANDOFF IN COMMUNI-CATIONS IN A CDMA CELLULAR TELE-PHONE SYSTEM" (U.S. Pat. No. 5,101,501).

Processor 78 also provides a level set command to transmit power control circuitry 76 for use in setting transmitter power level in the width respect to the wideband power measurement from analog receiver 72. Further details on the interaction of receiver 72, transmit power control circuitry 76 and 80, and processor 78 are described in further detail with reference to FIG. 5.

Data to be transmitted is provided through baseband circuitry 82 where it is encoded and provided to transmit modulator 84. The data is spread spectrum modulated by transmit modulator 84 according to an assigned spreading code. The spread spectrum signals are output from transmit modulator 84 to transmit power control circuitry 80. The signal power is adjusted in accordance with the transmit power control command provided by control processor 78. This power adjusted signal is provided from transmit power control circuitry 80 to transmit power control circuitry 76 where the signal is adjusted in accordance with the analog measurement control signal. Although illustrated as two separate units for controlling the transmit power, the power level could be adjusted by a single variable gain amplifier with two input control signals combined before being applied to the variable gain amplifier. However in the illustrated exemplary embodiment the two control functions are shown as separate elements.

In the operation of the power control circuitry illustrated in FIG. 4, receiver 72 measures the combined wideband signal power for all signals received from all cell-sites. These power level measurement results are used in controlling the power level as set by transmit power control circuitry 76.

FIG. 5 illustrates in further detail the power control aspect of mobile unit N discussed with reference to FIG. 4. In FIG. 5, received RF signals from the antenna are provided to frequency downconverter 90 where the received RF signals are converted to an IF frequency. The IF frequency signals are coupled to bandpass filter 92 where out of band frequency components are removed from the signals.

The filtered signals are output from filter 92 to variable gain IF amplifier 94 where the signals are amplified. The output of amplifier 94 is coupled to conversion subsystem 96 and automatic gain control (AGC) detector circuit 98.

AGC detector circuit 96 provides an output signal indicative of the signal strength of the received signal. This signal strength signal is provided as one input of differential integrator 100. The other input of differential integrator 100 is provided with an A/D input level control signal from conversion subsystem 96.

In a preferred embodiment, conversion subsystem 96 is comprised of frequency downconversion circuitry, analog to digital conversion circuitry (all not shown) and level setting circuitry. The frequency downconversion circuitry receives the received signal output from amplifier 94 and mixes in a mixer the received IF signal with a reference signal so as to produce corresponding signal at lower IF frequency. The frequency downconverted signal is typically filtered and then using a power

splitter splits the signal into two paths (I and Q). The signal on each path is mixed in a corresponding mixer with an in-phase and quadrature (I/Q) reference signal, the Q reference signal being phase shifted by 90° with respect to the I reference signal. The resulting signals are filtered and provided as I and Q baseband signals to the analog to digital conversion circuitry.

In the analog to digital conversion circuitry the I and Q baseband signals are input to a respective analog to digital converter. The resultant digitized I and Q baseband signals are provided to the digital receiver for digital demodulation, including despreading of the spread spectrum data, so as to extract information contained in the spread spectrum data. The digitized I and Q baseband signals are also provided to the level setting circuitry.

The level setting circuitry receives in mean square logic the digitized I and Q baseband signals where the means square of the I and Q values is computed. Any scheme which reflects a monotonic estimate of baseband power is equivalent. The means square output value is then provided to scaling and level shifting logic. The scaling and level shifting logic scales the value with respect to an internal value so as to provide a resultant D/A input value. The D/A input value is of a value which ensures that the received signal best matches the conversion range of the A/D converters in the analog to digital conversion circuitry. For example the D/A input value may correspond to a value of which provides a signal to the A/D converters at one-third the maximum range of the A/D converters. The D/A input value is provided to a digital to analog converter where converted to an analog signal that is provided as the second input to differential integrator 100 as an open loop power level set signal.

The open loop power level set signal and the signal strength signal are differentially integrated by integrator 100 to generate a resultant gain control signal that is provided a respective gain control input of both amplifier 94 and variable gain IF amplifier 102.

The gain control signal as provided to amplifier 94 is used to normalize the received signal power to a specific choice of an A/D input level. As such the gain control signal is used to control the gain of the amplifier 94 so as to maintain a constant average power level as output from amplifier 94 to the A/D converters in conversion subsystem 98. The use of the same gain control signal and amplifier configuration for amplifiers 94 and 102 allows the transmitter power to track the received signal power.

AGC detector circuit 98, conversion subsystem 96 and integrator 100 thus estimate the received mobile unit signal power to determine the open loop power correction necessary for the mobile unit transmitter. This correction is used to maintain a desired transmitter power level in conditions of fading on the outbound channel that are common to the inbound channel.

An optional non-linear filter 106 may be disposed between the output of integrator 100 and the gain control input of amplifier 102. Filter 106 may be used to limit the rate of increase of in the gain control signal as applied to amplifier, thus also limiting the rate of increase in amplifier 102 gain. Filter 106 may be configured as a simple resistor-diode-capacitor circuit. For example, the input to the circuit is a common node shared by two resistors. The other end of each resistor is coupled to a respective diode. The diodes are reversed in their connection to the resistors and the other

5,267,262

| 19 | 20 |
|---|---|

end of each diode coupled together at a common node as an output of the filter. A capacitor is coupled between the diode common node and ground. The filter circuit is may be designed to limit the rate of power increase to less than 1 dB per millisecond. The rate of power decrease for example could be set to be about ten times faster than the rate of power increase, i.e. 10 dB per millisecond. The output of filter 106 is provided as a modified gain control signal to the gain control input of amplifier 102. Typically the rate of increase is set to be no faster than the rate at which transmit power control circuitry 80 can turn the power down in response to a series of downward commands from the cell-site as processed by receiver 74 and processor 78.

In a preferred embodiment, amplifiers 94 and 102 are each configured as series coupled dual gate FET transistors with a surface acoustic wave bandpass disposed therebetween. In order to correct for inherent nonlinearities of the transistors so as to provide linear gain operation over an extended dynamic range, a gain compensation circuit is used to modify the gain control signal as input to the transistors. Further details on the specific implementation of this circuitry are provided in copending U.S. patent application Ser. No. 07/598,845, filed Oct. 15, 1990, entitled "LINEAR GAIN CONTROL AMPLIFIER" now U.S. Pat. No. 5,099,204 issued Mar. 24, 1992, also assigned to the assignee hereof and incorporated by reference. Further details on an implementation of the feedback loop comprised of amplifier 94, AGC detector circuit 98 and comparator 100 which provide the gain control are provided in copending U.S. patent application Ser. No. 07/620,092, filed Nov. 30, 1990, entitled "HIGH DYNAMIC RANGE CLOSED LOOP AUTOMATIC GAIN CONTROL CIRCUIT" now U.S. Pat. No. 5,107,225 issued Apr. 21, 1992, also assigned to the assignee hereof and incorporated by reference.

Transmit modulator circuit 84 of FIG. 4, provides a low power, IF frequency spread spectrum signal to an input of variable gain IF amplifier 104. Amplifier 104 is gain controlled by a power level control signal from processor 78 (FIG. 4). This power level control signal is derived from the closed loop power adjustment command signal transmitted by the cell-site and processed by the mobile unit as discussed with reference to FIG. 4, in conjunction with the received power level setting parameter.

The power adjustment command signal consists of a sequence of power-up and power-down commands that are accumulated in the mobile unit processor. The mobile unit control processor starts with the gain control level set to a nominal value, as determined by the power level setting parameter. Each power-up command increases the value of the gain control command corresponding to a resultant approximate 1 dB increase in amplifier gain. Each power-down command decreases the value of the gain control command, corresponding to a resultant approximate 1 dB decrease in amplifier gain. The gain control command is converted to analog form by a digital to analog (D/A) converter (not shown) before applied to amplifier 104 as the power level control signal.

The mobile unit reference power level may be stored in the memory of the control processor. In the alternative, the mobile unit reference power level may be contained within a signal sent to the mobile unit. This signal command data is separated by the digital data receiver and interpreted by the control processor in setting the

level. This signal as provided from the control processor is converted by a digital to analog (D/A) converter (not shown) before input to integrator 100.

The output of amplifier 104 is provided as an input to amplifier 102. Amplifier 102 as previously mentioned is also a variable gain IF amplifier with the gain determined according to the gain control signal output from integrator 100. The signal for transmission is thus amplified in accordance with the gain set by the gain control signal. The amplified signal output from amplifier 102 and is further amplified and frequency translated to the RF frequency for transmission. The RF signal is then fed to the antenna for transmission.

FIG. 6 illustrates in further detail the power control scheme of the cell-site as illustrated in FIG. 3. In FIG. 6, a mobile unit transmitted signal is received at the cell-site. The received signal is processed by the cell-site analog receiver and cell-site corresponding to mobile unit N.

In the digital data receiver, receiver 56 of FIG. 3, the received analog signal is converted from analog to digital form by A/D converter 110. The digital signal output from A/D converter is provided to pseudorandom noise (PN) correlator 112 where the signal undergoes a correlation process with a PN signal provided from PN generator 114. The output of PN correlator 112 is provided to a fast Hadamard transform digital filter 116 where the signal is filtered. The output of filter 116 is provided to a user data decoder circuit 118 which provides user data to the user digital baseband circuitry. Decoder 118 provides the largest transform filter symbols to power averager circuit 120. Power averager circuit 120 averages the largest transform outputs over a one millisecond interval using well known digital techniques.

A signal indicative of each average power level is output from power averager 120 to comparator 122. Comparator 122 also receives a power level set signal indicative of the desired received power level. This desired received power level is set by the control processor for the cell-site. Comparator 122 compares the two input signals and provides an output signal indicative of the deviation of the average power level from the desired power level. This signal is provided as output to power up/down command generator 124. Generator 124 in response to the comparison generates either a power-up or a power-down command. Power command generator 124 provides the power control commands to the cell-site transmit modulator for transmission and control of the transmitter power of mobile unit N.

If the received power at the cell-site is higher than that desired of mobile unit N, then a power-down command is generated and transmitted to mobile unit N. However, if the received power level at the cell-site is too low, then a power-up command is generated and transmitted. The up/down commands are transmitted at a high rate, nominally 800 commands per second in the exemplary embodiment. At one bit per command, the overhead of the power command is insignificant compared to the bit rate of a high quality digital voice signal.

The power adjustment command feedback compensates for changes in the inbound channel that are indepedent of the outbound channel. These independent inbound channel changes are not measured in the outbound channel signal. Therefore the path loss estimate based upon then outbound channel and the correspond-

**21**

ing transmitter power adjustment do not reflect the changes in the inbound channel. Thus, the power adjustment command feedback is used to compensate for adjustments in the mobile unit transmitter power based on the inbound channel path loses that do not exist in the outbound channel.

In using a closed loop control process it is highly desirable for the command to arrive at the mobile unit before conditions change significantly. The present invention provides a novel and unique power control circuitry at the cell-site for minimizing delay and latency of measurement and transmission. The power control circuitry at the mobile unit, analog control and digital command response, provides a vastly improved power control process in the cellular mobile telephone system.

As mentioned previously, it is also desirable to control the cell-site transmission power in response to requests from the mobile unit. FIG. 7 illustrates the typical cell-site configuration in which multiple modules 50A-50Z are included. Modules 50A-50Z are each identical in construction with that of module 50N of FIG. 3. In FIG. 7, mobile unit N is considered to be in communication with module 50N for purposes of illustration.

Each of modules 50A-50Z are coupled to system controller 10 as was discussed with reference to FIG. 1. Through the link to system controller 10, each module 50A-50Z demodulates and relays the mobile unit power requests to system controller 10. System controller 10 in response to a mobile unit request for an increase in module transmitter power may reduce all transmitter power for some or all other module transmitters by a small increment. System controller 10 would transmit a power control command to a cell-site, typically to the cell-site control processor. The cell-site control processor in response thereto reduces transmitter power of the cell-site other modules. The reduction in power of the other modules makes available an increase in power to the module servicing the requesting mobile user by n times the increment, where n is the number of modules reducing transmitter power. Using this technique there is no change in the total transmission power of the cell-site modules, i.e. no change in the sum of the individual module transmitter power.

Referring back to FIG. 3, module 50N transmits at a nominal power level as discussed above. The power level is set by a command from the cell-site control processor, with this command modified at the cell-site control processor by a command from the system controller. The command input to transmit power control circuitry 63 is used typically to decrease transmitter power. Transmit power control circuitry 63 may be configured as a variable gain amplifier as was discussed with reference to FIG. 5.

Referring to FIG. 4, at the mobile unit the quality of the received data signal is measured in the form of data frame errors. From this measurement the level of adequacy of the signal power is determined, where excessive frame errors are an indication insufficient signal power. Frame error information may be generated from the known error correction circuitry such as through the normalization rate of a Viterbi decoder or Cyclic Redundancy Check/Code (CRC), or a combination thereof. Various other techniques that are well known in the art may be used for indirectly or directly measuring signal power. Other techniques include re-encoding the data and comparing with the originally transmitted

data for an indication of errors. It should further be understood that the power of the data signal itself may be measured and used as an indication of link quality.

The frame error information is provided to processor 78. Processor 78 in response to a frame error rate exceeding a predetermined threshold level over a certain number of frames, such as 5 frames, generates a power increase request message that is output to transmit modulator 84. Transmit modulator 84 modulates the power request message for transmission to the cell-site.

It should be understood that the system controller through the cell-site modules may solicit a power level measurement at the mobile units. Each mobile unit communicates its power level measurement to the system controller. In response thereto the system controller may adjust transmission power for the various cell-site modules for system optimization.

The previous description of the preferred embodiments are provided to enable any person skilled in the art to make or use the present invention. Various modifications to these embodiments will be readily apparent to those skilled in the art, and the generic principals defined herein may be applied to other embodiments without the use of the inventive faculty. Thus, the present invention is not intended to be limited to the embodiments shown herein, but is to be accorded the widest scope consistent with the principals and novel features disclosed herein.

I claim:

1. A first station transceiver having a receiver for receiving and demodulating a second station transmitted spread spectrum communication signal, and a transmitter for transmitting a first station spread spectrum communication signal to said second station, said transceiver having a power control system for controlling signal power of said first station spread spectrum communication signal about a predetermined power level as received at said second station, wherein said second station measures signal power of said first station spread spectrum communication signal as received at said second station, generates power adjustment commands according to variations in said measured signal power with respect to said predetermined power level and transmits said power adjustment commands in said second station spread spectrum communication signal, said power control system comprising:

   control processor means coupled to said receiver for receiving said power adjustment commands and generating a corresponding closed loop power level control signal;

   automatic gain control means coupled to said receiver for measuring signal power of said second station spread spectrum communication signal as received by said receiver, and providing a corresponding power measurement signal;

   conversion means coupled to said receiver for determining signal power of said second station spread spectrum communication signal as received by said receiver and generating an open loop power level set signal with respect to predetermined level setting parameters;

   comparator means for comparing said power measurement signal and said open loop power level signal, and providing a corresponding open loop power level control signal; and

   amplifier means for receiving said open loop and closed loop power level control signals, receiving and amplifying said first station spread spectrum

communication signal at a gain determined by said open loop and closed loop power level control signals, and providing said amplified first station spread spectrum communication signal to said transmitter for transmission to said second station.

**2.** The transceiver of claim 1, wherein said receiver has an analog receiver portion and a digital receiver portion, said automatic gain control means coupled to said analog receiver portion for measuring wideband signal power of said received second station spread spectrum communication signal.

**3.** The transceiver of claim 2 wherein said digital receiver portion despreads said received second station spread spectrum communication signal and extracts therefrom said power adjustment commands and, wherein each power adjustment command affects a change in said closed loop power level control signal with said amplifier means responsive to each change in said closed loop power level control signal so as to provide a corresponding change in said gain.

**4.** The transceiver to claim 3 wherein each change in said gain of said amplifier means corresponds to a predetermined dB change in signal power of said first station spread spectrum communication signal.

**5.** The transceiver of claim 1 wherein an increase in measured second station spread spectrum communication signal power corresponds to an increase in said open loop power control level signal with said amplifier means responsive thereto for decreasing said gain, and a decrease in measured second station spread spectrum communication signal power corresponds to a decrease in said open loop power control level signal with said amplifier means responsive thereto for increasing said gain.

**6.** The power control system of claim 1 wherein said amplifier means comprises:

   first variable gain amplification means for receiving said closed loop power level control signal and amplifying said first station spread spectrum communication signal at a first gain level determined by said closed loop power level control signal; and

   second variable gain amplification means for receiving said open loop power level control signal and amplifying said first gain level amplified first station spread spectrum communication signal at a second gain level determined by said open loop power level control signal.

**7.** The power control system of claim 1 further comprising normalization means for receiving said second station spread spectrum communication signal and said open loop power level control signal, amplifying said second station spread spectrum communication signal at another gain level determined by said open loop power level control signal to provide a normalized second station spread spectrum communication signal to said automatic gain control means and said conversion means.

**8.** In a remote station transceiver having a receiver for receiving a base station transmitted spread spectrum communication signal, and a transmitter for transmitting to said base station a remote station generated spread spectrum communication signal, a power control circuit for controlling transmission signal power of said remote station spread spectrum communication signal, comprising: comprising:

   an automatic gain control circuit coupled to said receiver, said automatic gain control circuit receiving and performing an analog measurement of sig-

nal power of said base station spread spectrum communication signal as received by said receiver and generating a resultant first power signal;

   a conversion circuit coupled to said receiver, said conversion circuit performing a digital measurement of signal power of said base station spread spectrum communication signal as received by said receiver and generating a resultant second power signal;

   a comparison circuit coupled to said automatic gain control circuit and said conversion circuit, said comparison circuit differentially integrating said first and second power signals and generating a resultant a first control signal; and

   an amplifier circuit coupled to said comparison circuit and said transmitter, said amplifier circuit receiving said first control signal, and receiving and amplifying said remote station spread spectrum communication signal at a gain determined by said first control signal.

**9.** The power control circuit of claim 8 wherein said amplifier circuit further receives an input of a second control signal and amplifies said remote station spread spectrum communication signal at an additional gain determined by said second control signal.

**10.** The power control circuit of claim 9 wherein said amplifier circuit comprises first and second variable gain amplifiers each having a signal input and output, and a control input, said second variable gain amplifier receiving at said second variable gain amplifier signal input said remote station spread spectrum communication signal and said second variable gain amplifier signal output coupled to said first variable gain amplifier signal input, said first and second variable gain amplifier control inputs for respectively receiving said first and second control signals.

**11.** The power control system of claim 10 further comprising an third variable gain amplifier having a signal input and output, and a control input, said third variable gain amplifier signal input coupled to said receiver and said third variable gain amplifier signal output coupled to said automatic gain control circuit and said conversion circuit, said third variable gain amplifier control input coupled to said comparison circuit, said third variable gain amplifier receiving said second station spread spectrum communication signal and said first control signal, and amplifying said second station spread spectrum communication signal at said gain determined by said first control signal to provide a normalized second station spread spectrum communication signal to said automatic gain control circuit and said conversion circuit.

**12.** The power control circuit of claim 9 wherein said power control circuit controls transmission signal power of said remote station spread spectrum communication signal about a predetermined power level as received at said base station with said base station measuring signal power of said remote station spread spectrum communication signal as received at said base station, generating power adjustment commands according to variations in said base station measured signal power of said remote station spread spectrum communication signal with respect to said predetermined power level and transmitting said power adjustment commands in said base station spread spectrum communication signal, said receiver demodulating said base station spread spectrum communication signal and said transceiver further having a control processor coupled

5,267,262

25

to said receiver for receiving from said demodulated base station spread spectrum communication signal said power adjustment commands, said control processor accumulating values corresponding to said power adjustment commands with respect to a predetermined value, and generating said second control signal.

13. The power control system of claim 8 further comprising an additional amplifier circuit coupled between said receiver and said automatic gain control circuit and between said receiver and said conversion circuit, said additional amplifier circuit also coupled to said comparison circuit, said additional amplifier circuit receiving said second station spread spectrum communication signal and said first control signal, and amplifying said second station spread spectrum communication signal at said gain determined by said first control signal to provide a normalized second station spread spectrum communication signal to said automatic gain control circuit and said conversion circuit.

14. In a first station transceiver having a receiver for receiving a second station transmitted spread spectrum communication signal, and a transmitter for transmitting to said second station a first station generated spread spectrum communication signal, a method for controlling transmission signal power of said first station spread spectrum communication signal comprising the steps of:

   performing an analog measurement of signal power of said base station spread spectrum communication signal as received by said receiver to generate a resultant first power signal;

   performing a digital measurement of signal power of said base station spread spectrum communication signal as received by said receiver to generate a resultant second power signal;

   differentially integrating said first and second power signals to generate a resultant first control signal; and

   amplifying said remote station spread spectrum communication signal at a gain determined by said first control signal.

26

15. The method of claim 14 further comprising the step of amplifying said remote station spread spectrum communication signal at an additional gain determined by a second control signal.

16. The method of claim 15 further comprising the step of amplifying said base station spread spectrum communication signal as received by said receiver at said determined by said first control signal to provide a normalized base station spread spectrum communication signal upon which said analog and digital signal power measurements are performed.

17. The method of claim 14 further comprising the step of amplifying said base station spread spectrum communication signal as received by said receiver at said determined by said first control signal to provide a normalized base station spread spectrum communication signal upon which said analog and digital signal power measurements are performed.

18. The method of claim 14 wherein said base station measures signal power of said remote station spread spectrum communication signal as received at said base station, generates power adjustment commands according to variations in base station measured signal power of said remote station spread spectrum communication signal with respect to a predetermined power level and transmits said power adjustment commands in said base station spread spectrum communication signal, and said receiver demodulates said base station spread spectrum communication signal and said transceiver further having a control processor coupled to said receiver for receiving from said demodulated base station spread spectrum communication signal, said method further comprising the steps of:

   extracting said power adjustment commands from said demodulated base station spread spectrum communication signal; and

   generating said second control signal.

19. The method of claim 18 further comprising the step of accumulating values corresponding to said power adjustment commands with respect to a predetermined value from which said second control signal is generated.

* * * * *

**Exhibit B**



US005722063A

# United States Patent [19]

## Peterzell et al.

[11] Patent Number: 5,722,063

[45] Date of Patent: Feb. 24, 1998

[54] **METHOD AND APPARATUS FOR INCREASING RECEIVER IMMUNITY TO INTERFERENCE**

[75] Inventors: **Paul E. Peterzell; Richard K. Kornfeld**, both of San Diego; **Charles E. Wheatley, III**, Del Mar; **Ana Weiland**, Encinitas, all of Calif.

[73] Assignee: **Qualcomm Incorporated**, San Diego, Calif.

[21] Appl. No.: **357,951**

[22] Filed: **Dec. 16, 1994**

[51] Int. Cl.$^6$ ............................................. H04B 1/10
[52] U.S. Cl. ............... 455/287; 455/13.4; 455/217;
455/234.1; 455/250.1; 455/245.1; 455/67.1
[58] Field of Search ........................... 455/250.1, 254,
455/268, 283, 287, 311, 338, 341, 13.4,
63, 67.1, 161.3, 217, 219, 226.1, 226.2,
232.1, 234.1, 240.1, 245.1, 245.2, 83, 86

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,060,381 | 10/1962 | Turner et al. ............... 455/217 |
| 3,587,017 | 6/1971 | Karusu ....................... 455/217 |
| 4,525,863 | 7/1985 | Stites .......................... 455/83 |
| 4,718,114 | 1/1988 | Brandt ........................ 455/83 |
| 4,853,972 | 8/1989 | Ueda et al. ................ 455/83 |
| 5,093,840 | 3/1992 | Schilling .................... 375/1 |
| 5,193,210 | 3/1993 | Nicholas et al. .......... 455/226.1 |
| 5,230,096 | 7/1993 | Davies et al. .............. 455/287 |
| 5,276,912 | 1/1994 | Siwiak et al. .............. 455/86 |
| 5,321,847 | 6/1994 | Johnson, Jr. ............... 455/63 |

| | | |
|---|---|---|
| 5,339,454 | 8/1994 | Kuo et al. ................... 45/254 |
| 5,390,345 | 2/1995 | Wada et al. ................. 455/234.1 |
| 5,457,811 | 10/1995 | Lemson ....................... 455/67.1 |
| 5,507,023 | 4/1996 | Suganuma ................... 455/234.1 |
| 5,513,386 | 4/1996 | Ogino et al. ............... 455/254 |
| 5,564,094 | 10/1996 | Anderson et al. .......... 455/295 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0342671 | 11/1989 | European Pat. Off. ......... H03G 3/20 |
| 506163 | 9/1992 | European Pat. Off. ......... 359/179 |
| 0622907 | 11/1994 | European Pat. Off. ......... H03B 1/38 |
| 2239494 | 11/1980 | Germany ..................... 455/287 |
| 0053931 | 4/1980 | Japan .......................... 359/179 |
| 9107037 | 5/1991 | WIPO .......................... H04L 27/30 |

*Primary Examiner*—Leslie Pascal
*Attorney, Agent, or Firm*—Russell B. Miller; Roger W. Martin

[57] **ABSTRACT**

The method and apparatus of the present invention improve the immunity to interference of a radio receiver. The power level of a received signal is detected. If the power level meets or exceeds a predetermined power threshold, the low noise amplifier is by-passed, thus increasing the intercept point of the receiver components.

Alternative embodiments include the use of an RF power detector to control the front-end gain as a function of jammer power. In lieu of a switchable RF gain block, several methods of continuous gain control are proposed. Continuous gain control allows the interference suppression and sensitivity of the receiver to be adjusted at lower signal levels than the switchable gain block.

**10 Claims, 13 Drawing Sheets**



**U.S. Patent**          Feb. 24, 1998          Sheet 1 of 13          **5,722,063**



FIG. 1



FIG. 2



FIG. 3



**FIG. 4**



FIG. 5

MAIN: C/N VS RF INPUT POWER
OVERLAY: TOTAL JAMMER POWER VS RF INPUT POWER FOR CONSTANT
UHF AGC RANGE: 30 dB   UHF AGC THRESHOLD:25 dBm

J = -25 dB
J = -20 dB
J = -10 dB
J = -5 dB
J = 0 dBm
C/I = 0 dB
C/I = 10 dB

TOTAL JAMMER POWER

CARRIER TO NOISE RATIO

RX RF INPUT



FIG. 6



**FIG. 7**



**FIG. 10**



FIG. 8



FIG. 9



**FIG. 11**



**FIG. 12**



**FIG. 13**

Case 3:02-cv-0??29-B-JMA   Document 1   Filed 12/12/02   Page 43 of 74



**FIG. 14**



**FIG. 15**

5,722,063

# 1

## METHOD AND APPARATUS FOR INCREASING RECEIVER IMMUNITY TO INTERFERENCE

### BACKGROUND OF THE INVENTION

#### I. Field of the Invention

The present invention relates to radio communications. More particularly, the present invention relates to improving a communication receiver's immunity to interference.

#### II. Description of the Related Art

There are presently multiple types of cellular radiotelephone systems operating. These systems include the advanced mobile phone system (AMPS) and the two digital cellular systems: time division multiple access (TDMA) and code division multiple access (CDMA). The digital cellular systems are being implemented to handle capacity problems that AMPS is experiencing.

All the cellular radiotelephone systems operate by having multiple antennas covering a geographic area. The antennas radiate into an area referred to in the art as a cell. The AMPS cells are separate and distinct from the CDMA cells so that the cells of each system overlap. This makes it likely that the antenna for one system's cell may be located in a cell of another system. Likewise, within a particular system (AMPS, CDMA, and TDMA), there are two service providers within a given area. These providers often choose to place cells in different geographical locations from their competitor, hence there are situations where a radiotelephone on system 'A' might be far away from the nearest system 'A' cell while close to a system 'B' cell. This situation means that the desired receive signal will be weak in the presence of strong multi-tone interference.

This intermixing of system antennas can cause problems for a mobile radiotelephone that is registered in one system, such as the CDMA system, and travels near another system's antenna, such as an AMPS antenna. In this case, the signals from the AMPS antenna can interfere with the CDMA signals being received by the radiotelephone due to the proximity of the radiotelephone with the AMPS cell or the higher power of the AMPS forward link signal.

The multi-tone interference encountered by the radiotelephone from the AMPS signals creates distortion products or spurs. If these spurs fall in the CDMA band used by the radiotelephone, they can degrade receiver and demodulator performance.

It is frequently the case in an AMPS system for the carriers (A and B bands) to 'jam' the competitor system unintentionally. The goal of the cellular carrier is to provide a high signal to noise ratio for all the users of their system by placing cells close to the ground, or near their users, and radiating the FCC power limit for each AMPS channel. Unfortunately, this technique provides for better signal quality for the carrier's system at the expense of interfering with the competitor's system.

Intermodulation distortion, such as that caused by the above situations, is defined in terms of the peak spurious level generated by two or more tones injected into a receiver. Most frequently, the third-order distortion level is defined for a receiver in terms of a third-order input intercept point or IIP3. IIP3 is defined as the input power (in the form of two tones) required to create third order distortion products equal to the input two tone power. As shown in FIG. 13, IIP3 can only be linearly extrapolated when a non-linear element, such as an amplifier, is below saturation.

As shown in FIG. 14, third-order distortion products occur when two tones are injected in a receiver. Tone #1 is

# 2

at frequency $f_1$ at power level $P_1$ in dBm. Tone #2 is at frequency $f_2$ at power level $P_2$ in dBm. Typically $P_2$ is set to equal $P_1$. Third-order distortion products will be created at frequencies $2 \times f_1 - f_2$ and $2 \times f_2 - f_1$ at power levels $P_{12}$ and $P_{21}$ respectively. If $P_2$ is set to equal $P_1$, then spurious products should be equal, or $P_{12}$ and $P_{21}$ should be equal. Signal $f_c$ is injected at power level $P_c$ to show that the added distortion is equal to a low level signal in this case. If there is a filter that filters out $f_1$, $f_2$ and $f_{21}$ after the distortion is created, the power at $f_{12}$ will still interfere with the signal power at $f_c$. In example FIG. 14, for a CDMA application, the goal is that the intermod $P_{12}$ should be equal to the signal power of $-105$ dBm for a total two tone power of $-43$ dBm, so the IIP3 must be $>-9$ dBm.

As is well known in the art, IIP3 for a single non-linear element is defined as the following:

$$IIP3=IM3/2+P_{in} \text{ (dBm)}$$

If $P_1 = P_2$, then $P_{in} = P_1 + 3$ dB or $P_2 + 3$ dB (dBm)

and

$$IM3=P_1-P_{12}=P_2-P_{21}=P_2-P_{12}=P_1-P_{21} \text{ (dB)}$$

For cascaded IIP3, where more non-linear elements are used, the equation is as follows:

$$IIP3=-10* \log 10[10^{(Gain-element \; IIP3)/10}+ 10^{(-IIP3 \; of \; previous \; stage)/10}]$$

where: Gain=gain to element input.

Therefore, one way to improve the cascaded IIP3 of a receiver is to lower the gain before the first non-linear element. In this case, the LNA and mixer limit IIP3. However, another quantity needs to be defined that sets the sensitivity or lowest receive signal level without interference. This quantity is referred to in the art as the noise figure (NF). If the gain of the receiver is reduced to improve IIP3 (and interference immunity), the NF (and sensitivity to small desired signals) is degraded.

The Element NF is defined as the following:

$$Element \; NF=S_i/N_i-S_o/N_o \text{ (dB)},$$

where: $S_i/N_i$ is the input signal to noise ratio in dB, and $S_o/N_o$ is the output signal to noise ratio in dB.

For elements in cascade in a receiver, the equation is as follows:

$$Cascaded \; NF = 10* \log 10 \left[ 10^{(NFi/10)} + \frac{10^{(NFe/10)}-1}{10^{(Gain/10)}} \right],$$

where: NFe equals the noise figure of the element.

NFi equals the cascaded noise figure up to the element, and

Gain equals the running gain up to the element.

The 'best' cascaded NF can be achieved if the gain up to the element is maximized, this equation is in contradiction to the requirement for the 'best' cascaded IIP3. For a given element by element and receiver NF and IIP3, there are a limited set of gain values for each element that meet all of the requirements.

Typically, a receiver is designed with NF and IIP3 as predefined constants, as both of these quantities set the receiver's dynamic range of operation with and without interference. The gain, NF, & IIP3 of each device are optimized based on size, cost, thermal, quiescent and active element current consumption. In the case of a dual-mode

5,722,063

3

CDMA/FM portable cellular receiver. the CDMA standard requires a 9 dB NF at minimum signal. In other words. for CDMA mode. the sensitivity requirement is a 0 dB S/N ratio at −104 dBm. For FM mode. the requirement is a 4 dB S/N ratio at −116 dBm. In both cases. the requirements can be translated to a NF as follows:

$$NF=S \ (dBm)-S/N \ (dB)-N_{therm} \ (dBm/Hz)-Signal \ BW \ (dB/Hz),$$

where S is the minimum signal power.

S/N is the minimum signal to noise ratio.

$N_{therm}$ is the thermal noise floor (−174 dBm/Hz @290° K).

and Signal BW (dB/Hz) is the bandwidth of the signal. Therefore,

$$CDMA \ NF=-104 \ dBm-0 \ dB-(-174 \ dBm/Hz)-61 \ dB/Hz=9 \ dB,$$

$$FM \ NF=-116 \ dBm-4 \ dB-(-174 \ dBm/Hz)-45 \ dB/Hz=9 \ dB,$$

where −61 dBm/Hz is the noise bandwidth for a CDMA channel

−45 dBm/Hz is the noise bandwidth for a FM channel

However, the receiver's NF is only required when the signal is near the minimum level and the IIP3 is only required in the presence of interference or strong CDMA signals.

There are only two ways to provide coverage in the areas where the carrier is creating strong interference. One solution is to employ the same technique; i.e.. co-locate their cells along with the competition's. Another solution is to improve the immunity of a receiver to interference. One way to improve the immunity is to increase the receiver current. This is not a practical solution. however. for a portable radio that relies on battery power. Increasing the current would drain the battery more rapidly, thereby decreasing the talk and standby time of the radiotelephone. There is a resulting need to minimize multi-tone interference in a radiotelephone without impacting the current consumption.

## SUMMARY OF THE INVENTION

The apparatus of the present invention encompasses a device to increase a radio receiver's immunity to interference without the drawback of degrading standby and talk time for a portable radiotelephone. The apparatus is comprised of an amplifier coupled to a received signal. the amplifier amplifying the received signal. A receive automatic gain control is coupled to the amplifier. A power detector is coupled to the receive automatic gain control output. the power detector adjusts the receive automatic gain control in response to a detected power of the received signal.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 shows a block diagram of the apparatus of the present invention for increasing receiver immunity.

FIG. 2 shows a block diagram of another alternate embodiment of the present invention.

FIG. 3 shows a block diagram of another alternate embodiment of the present invention.

FIG. 4 shows a block diagram of another alternate embodiment of the present invention.

FIG. 5 shows a another plot of received RF input power versus carrier to noise ratio in accordance with the embodiment of FIG. 7.

FIG. 6 shows a plot of receive RF input power versus carrier to noise ratio in accordance with the embodiment of FIG. 8.

4

FIG. 7 shows a block diagram of another alternate embodiment of the present invention.

FIG. 8 shows a plot of interference power vs. signal power without using the apparatus of the present invention.

FIG. 9 shows a plot of interference power vs. signal power in accordance with the alternate embodiments of the apparatus of the present invention.

FIG. 10 shows a block diagram of an alternate embodiment of the present invention.

FIG. 11 shows a block diagram of another alternate embodiment of the present invention.

FIG. 12 shows a block diagram of another alternate embodiment of the present invention.

FIG. 13 shows a plot of non-linear transfer characteristics and distortion measurement.

FIG. 14 shows a spectral description of distortion products.

FIG. 15 shows a block diagram of a method for detecting the power of a received signal in accordance with the present invention.

## DESCRIPTION OF THE PREFERRED EMBODIMENT

It is an objective of the present invention to vary the receiver NF and IIP3 for enhancing the IIP3 (or interference immunity) without compromising NF when necessary. This performance 'enhancement' is accomplished by varying the gain of the first active element in the receiver. The gain can be varied by varying the gain of the LNA over a continuous range or switching out the low noise amplifier with bypass switches.

A block diagram of the preferred embodiment of the present invention is illustrated in FIG. 1. This embodiment involves adjusting the LNA gain on a continuous basis using adjustable gain control (AGC) at the receiver front end. The continuous AGC at the front end also provides a linearity benefit at a minimum RF input level while the AGC on the transmit side may reduce the IF AGC requirements.

This embodiment detects the power output from the LNA. The power detector measures both the signal power and the jammer power together at RF. Using this embodiment. the power detector can continuously decrease the LNA gain at a lower received power than the −65 dBm of the subsequent 'switched gain' embodiments.

The preferred embodiment operates by the power detector (105) detecting the received signal and jammer power at RF. This detected power goes through a loop filter and is used to adjust the receive AGC (110), thereby adjusting the intercept point of the receive components. The gain is decreased as the measured power increases and the gain is increased as the measured power decreases. This embodiment could also combine the LNA (115) and the AGC to form a variable gain LNA. thus eliminating the need for the separate LNA gain block. The power of the transmit AGC (120). located before the power amplifier, is adjusted in the same way as the receive AGC in order to maintain the overall TX power level.

AGC amplifiers (125 and 130) are also located after the mixers (135 and 140) in order to adjust the gain after the jammers have been filtered out by the bandpass filter (145). These AGC amplifiers (125 and 130) perform the normal CDMA AGC function of open loop power control, closed loop power control, and compensation. These IF AGCs are required due to the wide dynamic range requirements for CDMA. Typically, these AGCs have greater than 80 dB of gain range. The receive and transmit AGC (125 and 130)

5,722,063

5

after the mixers are adjusted by another power detector (150) that measures the total power after the received signal is downconverted. The power detector (150) adjusts the AGC gain downward as the downconverted signal's power increases and adjusts the AGC gain upward as the down-converted signal's power decreases.

In the preferred embodiment, the received signals are in the frequency band of 869–894 MHz. The transmitted signals are in the frequency band of 824–849 MHz. Alternate embodiments use different frequencies.

The plot illustrated in FIG. 5 shows the benefit of this AGC approach. The left hand y-axis shows the carrier over noise ratio versus receive input power parameterized by the jammer level. The right hand y-axis shows the total jammer power required for a constant C/I as a function of received input power. When the jammer is not present (–100 dBm), the radio operates as though there is no RF AGC. As the jammer is increased, the C/N is decreased, but the effective linearity is also increased. In this example, the RF dynamic range is 30 dB and the threshold, where the RF AGC becomes active, is at the point the jammer power is greater than –25 dBm.

An alternate embodiment of the continuous gain adjustment is illustrated in FIG. 2. This embodiment first filters out the jammers with the bandpass filter (205) before the power detector (210) determines the power level of the downconverted signal. A threshold detector (225) determines when the signal power level reaches a certain point, –105 dBm in this embodiment, and then adjusts the AGC gain (230 and 235) down when the signal power exceeds that power level. The gain is adjusted upward when the signal power level goes below this threshold. The AGC (215 and 220) after the mixers (240 and 245) is adjusted continuously without checking for a predetermined threshold of power. This AGC is the normal CDMA AGC power control.

The plot of this embodiment is illustrated in FIG. 6. When the threshold is set at –105 dBm, the minimum receive RF level, the C/N does not increase as quickly as the case where there is no RF AGC. The advantage of this embodiment is that the linearity benefit begins at a very low RF input power, no receive RF power detector is needed, and the AGC loop detects signal power only. Hence, the AGC loop is a simpler design than detecting at RF power.

Still another embodiment of the present invention is illustrated in FIG 3. This embodiment operates similarly to the embodiment of FIG. 1. The only difference being the placement of the AGC (301) prior to the LNA (305) in the receive path.

Yet another embodiment of the present invention is illustrated in FIG. 4. This embodiment uses an attenuator (405) between the antenna (410) and the duplexer (415). The attenuation is controlled by the power detector (420) after the LNA (425). The power detector (420) measures the received signal and jammer power, filters it, and compares it to a predetermined threshold. In this embodiment, the threshold is –25 dBm. When the combined signal and jammer power reaches this threshold, the attenuation caused by the attenuator (405) is increased. This adjustment can be either in digital fixed steps or continuously adjusted. The AGC (430 and 435) after the mixers (440 and 445) are adjusted in the same manner as the FIG. 1 preferred embodiment.

An alternate embodiment of the apparatus of the present invention is illustrated in FIG. 7. This embodiment uses switches to alter the front end gain. The actual switching level depends on the signal to noise requirements as a

6

function of the signal level, or noise figure, for a particular CDMA radiotelephone design. The present invention can be used in an AMPS radiotelephone, however the switching characteristics will be changed to accommodate a different operating point.

This embodiment is comprised of an antenna that receives and transmits radio signals. Receive and transmit paths in the radio are coupled to the antenna (725) through a duplexer (720) that separates the received signals from the transmitted signals.

A received signal is input to a low noise amplifier (LNA) (703) that is coupled between two switches (701 and 702). One switch (701) couples the LNA (703) to the duplexer (720) and the second switch (702) couples the LNA (703) to a band-pass filter (704). In the preferred embodiment, the switches (701 and 702) are single-pole double-throw gallium arsenide switches.

The LNA (703) is coupled to one pole of each switch such that when both switches (701 and 702) are switched to those poles, the received signal is coupled to the LNA (703) and the amplified signal from the LNA (703) is output to the band-pass filter (704). The band-pass filter (704) in this embodiment has a frequency band of 869–894 MHz. Alternate embodiments use different bands depending on the frequencies of the signals being received.

A bypass path (730) is coupled to the other pole of each switch. When the switches (701 and 702) are switched to their other poles, the received signal from the duplexer (720) bypasses the LNA (703) and is conducted directly to the band-pass filter (704). In this embodiment, these switches (701 and 702) are controlled by the radiotelephone's micro-controller (740). In an alternate embodiment, a separate controller is used to control the positions of these switches.

After the band-pass filter has filtered the received signal, the filtered signal is downconverted to a lower intermediate frequency (IF) for use by the rest of the radio. The down-conversion is done by mixing (705) the received signal with a reference signal having a frequency set by a phase locked loop (707) driving a voltage controlled oscillator (706). This signal is amplified (750) before being input to the mixer (705).

The downconverted signal from the mixer (705) is input to the back end AGC. This AGC is used by the radiotelephone for closed loop power control, as is already well known in the art.

In the process of the present invention, the microcontroller (740) monitors the power of the received signal. When the power exceeds –65 dBm, the microcontroller instructs the switches (701 and 702) to switch to the bypass position, thus coupling the received signal directly to the bandpass filter (704). By bypassing the LNA (703) gain, the intercept point for the receiver is increased proportionally by the reduction in gain in dB. Alternate embodiments use other circuitry and methods to monitor the power of the received signal.

An alternate embodiment of the process of the present invention continuously adjusts the front end gain. This embodiment uses a lower power threshold such as –25 dBm.

The plots of FIGS. 8 and 9 illustrate the benefits of the switchable gain embodiments of the present invention. FIG. 8 illustrates a plot of interference power versus radio frequency (RF) signal power for a typical radio that is not using the switchable gain apparatus. This plot shows that the maximum interference level is limited to the receiver input compression point at –10.5 dBm. Both the single and dual tone power curves are shown.

5,722,063

7

The plot of FIG. 9 shows the interference power received by the radio versus the radio frequency signal power received by the radio using the switchable gain method and apparatus of the present invention. It can be seen that at the −65 dBm point of the graph, the switches are switched to bypass the LNA gain thus allowing a greater interference power to be tolerated without affecting the RF signal power. Both the single tone and two tone power curves are shown.

Another alternate embodiment of the apparatus of the present invention is illustrated in FIG. 10. This embodiment uses a single-pole single-throw switch (1001). In this embodiment, the switch (1001) is switched to the bypass path (1010) by the controller (1020) when the received signal power reaches −65 dBm. This effectively shorts out the LNA (1002) gain, thus coupling the received signal directly to the band-pass filter (1003).

Yet another alternate embodiment of the apparatus of the present invention is illustrated in FIG. 11. This embodiment uses a single-pole single-throw switch (1105) that, when closed, shorts the input of the LNA (1110) to ground through a resistor (1101). This creates an impedance mismatch at the input causing the signal to attenuate, thus reducing the gain caused by the LNA (1110). As in the above embodiments, the switch (1105) is closed when the input signal power reaches −65 dBm. The resistance required for the resistor (1101) is dependent on the mount of attenuation desired. This resistance will be different for different LNA's in alternate embodiments.

Still another embodiment of the apparatus of the present invention is illustrated in FIG. 12. This embodiment uses a single-pole double-throw switch (1201) at the output of the LNA (1205). The LNA (1205) is connected to one pole of the switch (1201) and a bypass path (1210) is connected to the other pole. The input to the bypass path (1210) is connected to the input of the LNA (1205). When the power level of the received RF signal reaches −65 dBm, the switch (1201) is thrown from the position coupling the LNA (1205) to the bandpass filter (1220) to the bypass path (1210). This couples the signal directly to the band-pass filter (1220), bypassing the gain of the LNA (1205).

In all of the above embodiments, the LNA can be powered down at the same time that it is bypassed by the switch or switches. This can be accomplished by connecting the LNA's power pin to a switch that is also controlled by the controller. Once the LNA is bypassed and is no longer used, power can be removed. This reduces the power consumption of the radio, thus increasing the talk and standby time for which the battery can be used.

In another embodiment of the present invention, Ec/Io detection is used to determine when to adjust the front end gain. Additional embodiments use other quality measurements, such as Eb/Io.

These ratios are quality measurements for digital communications system performance. The Eb/Io ratio expresses the energy per bit to the total interference spectral density of the channel while the Eo/Io ratio expresses the energy per CDMA chip relative to the total interference spectral density. Eb/Io can be considered a metric that characterizes the performance of one communication system over another; the smaller the required Eo/Io the more efficient is the system modulation and detection process for a given probability of error. Given that Ec/Io and received signal strength are readily available, the microcontroller can detect the presence of strong interference as a drop in Ec/Io while the AGC detector detects the increased interference. The microcontroller can lower the front end gain to improve interference immunity which would improve Ec/Io and lower the distortion products falling within the signal bandwidth.

When the signal quality goes above the Eb/Io or Ec/Io threshold, the front end gain is reduced. The gain adjustment

8

can be accomplished using either the continuous adjustment method or the amplifier switching method, both described above.

Still another embodiment, illustrated in FIG. 15, would be to detect the signal power at IF or baseband instead of the combination of the signal and jammer power at RF. This approach is simpler in that there is only one power detector and AGC control loop.

FIG. 15 illustrates a block diagram of the alternate method of detecting the power of the received signal. The signal is first downconverted to baseband frequency (1501). This analog signal is then converted to a digital signal for further baseband processing including determining the received signal strength. The chip correlator (1510) determines the energy per chip with respect to the energy of all the non-coherent components. This information, along with the received signal strength indicator (RSSI) is used by the processor (1515) to determine the amount of gain adjustment for both the receive (1520) and transmit (1530) power.

Since the received signal power measurement includes both the signal and jammer power, the receive gain is increased only when both the signal level and the energy per chip drops. Since the RSSI is being changed, the transmit power must also be changed to compensate, thus enabling the open loop power control to operate properly. Thus, the processor adjusts the transmit gain whenever the receive gain is adjusted.

Other embodiments use erasures or signal power to control the variable gain AGC. Additional embodiments, instead of controlling both transmit and receive power, only control receiver power.

In summary, the apparatus and method of the present invention enables a mobile radio to travel near antennas of different systems while increasing the radio's resistance to radio frequency interference from the other system. By turning down the front end gain, whether continuously or discretely, the intercept point of the radio's receive circuitry increases so that the spurs from the other system's signals will not cause performance degradation of the receiver and demodulator.

We claim:

1. An apparatus to increase a radio receiver's immunity to radio frequency interference, the radio receiver receiving a signal, the apparatus comprising:

a first switch coupled to the received signal, the first switch having a first position and a second position, the second position being coupled to a bypass path;

a first amplifier, coupled to the first position of the first switch, for amplifying the received signal;

a second switch having a first position and a second position, the first position coupled to the first amplifier and the second position being coupled to the bypass path;

a controller coupled to the first switch and the second switch, the controller switching the first and second switches to the second positions in response to the received signal exceeding a predetermined power level;

a filter coupled to the output of the first amplifier, the filter outputting a filtered received signal at a filter output;

an oscillator for generating an oscillator signal having a predetermined frequency;

a mixer, having a first input and a second input, the first input being coupled to the filter output and the second input being coupled to the oscillator, the mixer generating a downconverted signal in response to the oscillator signal and the filtered received signal;

a second amplifier coupled to the downconverted signal;

a third amplifier coupled to the downconverted signal;

5,722,063

9

a first surface acoustical wave filter, coupled to the second amplifier, for generating a signal for use in a digital radiotelephone system; and

a second surface acoustical wave filter, coupled to the third amplifier, for generating a signal for use in an analog radiotelephone system.

2. The apparatus of claim 1 wherein the predetermined power level is −65 dBm.

3. The apparatus of claim 1 wherein the first amplifier is a low noise amplifier.

4. An apparatus to increase a radio receiver's immunity to radio frequency interference, the radio receiver receiving a signal, the apparatus comprising:

a switch coupled to the received signal, the switch having an open position and a closed position, the closed position being coupled to a bypass path;

a first amplifier having an input coupled to the switch and an output coupled to the bypass path;

a controller coupled to the switch, for switching the switch to the closed position in response to the received signal exceeding a predetermined power level;

a filter coupled to the output of the first amplifier, the filter outputting a filtered received signal at a filter output;

an oscillator for generating an oscillator signal having a predetermined frequency;

a mixer, having a first input and a second input, the first input being coupled to the filter output and the second input being coupled to the oscillator, the mixer generating a downconverted signal in response to the oscillator signal and the filtered received signal;

second amplifier coupled to the downconverted signal;

a third amplifier coupled to the downconverted signal;

a first surface acoustical wave filter, coupled to the second amplifier, for generating a signal for use in a digital radiotelephone system; and

a second surface acoustical wave filter, coupled to the third amplifier, for generating a signal for use in an analog radiotelephone system.

5. An apparatus to increase a radio receiver's immunity to radio frequency interference, the radio receiver receiving a signal, the apparatus comprising:

a first amplifier, having an input coupled to the received signal, for generating an amplified received signal at an output;

a bypass path coupled to the input of the first amplifier;

a switch having a first position and a second position, the first position being coupled to the first amplifier output and the second position being coupled to the bypass path;

a controller coupled to the switch, for switching the switch from the first position to the second position in response to the received signal exceeding a predetermined power level;

a filter coupled to the output of the first amplifier, the filter outputting a filtered received signal at a filter output;

an oscillator for generating an oscillator signal having a predetermined frequency;

a mixer, having a first input and a second input, the first input being coupled to the filter output and the second input being coupled to the oscillator, the mixer generating a downconverted signal in response to the oscillator signal and the filtered received signal;

a second amplifier coupled to the downconverted signal;

a third amplifier coupled to the downconverted signal;

a first surface acoustical wave filter, coupled to the second amplifier, for generating a signal for use in a digital radiotelephone system; and

10

a second surface acoustical wave filter, coupled to the third amplifier, for generating a signal for use in an analog radiotelephone system.

6. A receiver circuit for increasing immunity of a radiotelephone to radio frequency interference, said radiotelephone having an antenna for receiving and transmitting radio signals, a duplexer coupled to said antenna, and a signal processing circuit coupled to said duplexer, the receiver circuit comprising:

a receive amplifier, having an input and an output, said receive amplifier for amplifying said received radio signals;

a bypass path, switchably coupled to said receive amplifier, said bypass path for attenuating a gain of said receive amplifier when in a shunt position;

a controller, coupled to said bypass path, for switching said bypass path to said shunt position when a detected power level of said received radio signals exceeds a predetermined threshold;

filter coupled to the output of the receive amplifier, the filter outputting a filtered received signal at a filter output;

an oscillator for generating an oscillator signal having a predetermined frequency;

a mixer, having a first input and a second input, the first input being coupled to the filter output and the second input being coupled to the oscillator, the mixer generating a downconverted signal in response to the oscillator signal and the filtered received signal;

a second amplifier coupled to the downconverted signal;

a third amplifier coupled to the downconverted signal;

a first surface acoustical wave filter, coupled to the second amplifier, for generating a signal for use in a digital radiotelephone system; and

a second surface acoustical wave filter, coupled to the third amplifier, for generating a signal for use in an analog radiotelephone system.

7. The receiver circuit of claim 6 wherein said bypass path comprises a first switch having an input coupled to said duplexer, and having a series position, a shunt position, and an output, said first switch output being coupled to said receive amplifier input when said first switch is in said series position and said first switch output being coupled to an input of a second switch when said first switch is in said shunt position, said second switch having an output coupled to said signal processing circuit, and having a series position and a shunt position, said second switch input being coupled to said receive amplifier output when said second switch is in said series position and said second switch input being coupled to said first switch output when said second switch is in said shunt position.

8. The circuit of claim 6 wherein said bypass path comprises a switch having an input coupled to said duplexer and having an output coupled to said receive amplifier output when said bypass path is in said shunt position.

9. The circuit of claim 6 wherein said bypass path comprises a switch having an output coupled to said signal processing circuit, and having an input coupled to said receive amplifier input when said bypass path is in said shunt position.

10. The circuit of claim 6 wherein said bypass path comprises a switchable load having an output coupled to a ground potential and having an input coupled to said receive amplifier input when said bypass path is in said shunt position.

* * * * *

Exhibit C

US005732341A

# United States Patent [19]

## Wheatley, III

[11] Patent Number: 5,732,341

[45] Date of Patent: Mar. 24, 1998

[54] METHOD AND APPARATUS FOR INCREASING RECEIVER IMMUNITY TO INTERFERENCE

[75] Inventor: Charles E. Wheatley, III, Del Mar, Calif.

[73] Assignee: QUALCOMM Incorporated, San Diego, Calif.

[21] Appl. No.: 522,467

[22] Filed: Aug. 31, 1995

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 357,951, Dec. 16, 1994, Pat. No. 5,722,063.

[51] Int. Cl.$^6$ .................... H04B 1/10; H04G 3/20
[52] U.S. Cl. ............ 455/234.1; 455/219; 455/232.1
[58] Field of Search ..................... 455/13.4, 63, 67.1, 455/219, 226.1, 226.2, 232.1, 240.1, 234.1, 245.1, 245.2, 250.1, 254, 268

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,817,198 | 3/1989 | Rinderle | 455/245.1 |
| 4,989,074 | 1/1991 | Matsumoto | 455/240.1 |
| 5,036,527 | 7/1991 | Halim et al. | 455/245.1 |
| 5,093,840 | 3/1992 | Schilling | 375/1 |
| 5,119,508 | 6/1992 | Shamanundra | 455/234.1 |
| 5,134,707 | 7/1992 | Sakashita et al. | 455/234.1 |
| 5,179,353 | 1/1993 | Miyake | 455/116 |
| 5,184,349 | 2/1993 | Riordan | 455/250.1 |
| 5,276,685 | 1/1994 | Kepler et al. | 455/234.1 |
| 5,321,847 | 6/1994 | Johnson, Jr. | 455/63 |
| 5,321,851 | 6/1994 | Sugayama et al. | 455/161.3 |
| 5,331,638 | 7/1994 | Honkasalo et al. | 455/245.1 |
| 5,339,453 | 8/1994 | Sugayama et al. | 455/245.2 |
| 5,369,792 | 11/1994 | Matsumoto et al. | 455/245.1 |
| 5,408,698 | 4/1995 | Serizawa et al. | 455/245.1 |
| 5,448,774 | 9/1995 | Yobazaki et al. | 455/234.1 |
| 5,493,713 | 2/1996 | Horsfall et al. | 455/234.1 |
| 5,509,030 | 4/1996 | Mortensen | 375/232 |
| 5,555,277 | 9/1996 | Lawrence et al. | 375/346 |
| 5,564,092 | 10/1996 | Grandfield et al. | 455/250.1 |
| 5,564,094 | 10/1996 | Anderson et al. | 455/295 |

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0342671 | 11/1989 | European Pat. Off. | H03G 3/20 |
| 9107037 | 5/1991 | European Pat. Off. | H04L 27/30 |
| 0622907 | 11/1994 | European Pat. Off. | H03B 1/38 |

*Primary Examiner*—Leslie Pascal
*Attorney, Agent, or Firm*—Russell B. Miller; Roger W. Martin

[57] **ABSTRACT**

The process of the present invention adjusts the input gain by a predetermined amount. The receiver processing measures the gain change in the IF sisal power. If the change is less than the predetermined amount, the CDMA signal and jammers are below the noise floor and, therefore, the gain is increased. If the IF signal power change is equal to the predetermined amount, the CDMA signal is above the noise floor and the interference is minimal. Therefore, in this case, gain adjustment is not necessary, but increasing gain will improve sensitivity. If the IF signal power change is greater than the predetermined amount, the interference is evident and the gain is reduced to reduce the intermodulation products. This process is used until the receiver is operating at the best compromise between interference and noise figure.

**20 Claims, 14 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



**FIG. 7**



**FIG. 10**



FIG. 8



FIG. 9



**FIG. 11**



**FIG. 12**



**Output, IM3 Distortion, and IIP3 vs. Total Input Power**

IIP3 = +10 dBm

Legend:
- ■ Measured Pout
- — Linear Pout
- ▲ IM3 Power
- – – Linear IM3
- × IIP3 (dBm)

Input Power (dBm)

Output Power (dBm)

**FIG. 13**



**FIG. 14**



FIG. 15



**FIG. 16**

5,732,341

| 1 | 2 |

## METHOD AND APPARATUS FOR INCREASING RECEIVER IMMUNITY TO INTERFERENCE

This application is a CIP of U.S. application Ser. No. 08/357,951 filed Dec. 16, 1994 which is now U.S. Pat. No. 5,722,063.

### BACKGROUND OF THE INVENTION

#### 1. Field of the Invention

The present invention relates to radio communications. More particularly, the present invention relates to improving a communication receiver's immunity to interference.

#### 2. Description of the Related Art

There are presently multiple types of cellular radiotelephone systems operating. These systems include the advanced mobile phone system (AMPS) and the two digital cellular systems: time division multiple access (TDMA) and code division multiple access (CDMA). The digital cellular systems are being implemented to handle capacity problems that AMPS is experiencing.

All the cellular radiotelephone systems operate by having multiple antennas covering a geographic area. The antennas radiate into an area referred to in the art as a cell. The AMPS cells are separate and distinct from the CDMA cells. This makes it likely that the antenna for one system's cell may be located in a cell of another system. Likewise, within a particular system (AMPS, CDMA, and TDMA), there are two service providers within a given area. These providers often choose to place cells in different geographical locations from their competitor, hence there are situations where a radiotelephone on system 'A' might be far away from the nearest system 'A' cell while close to a system 'B' cell. This situation means that the desired receive signal will be weak in the presence of strong multi-tone interference.

This intermixing of system antennas can cause problems for a mobile radiotelephone that is registered in one system, such as the CDMA system, and travels near another system's antenna, such as an AMPS antenna. In this case, the signals from the AMPS antenna can interfere with the CDMA signals being received by the radiotelephone due to the proximity of the radiotelephone with the AMPS cell or the higher power of the AMPS forward link signal.

The multi-tone interference encountered by the radiotelephone from the AMPS signals creates distortion products or spurs. If these spurs fall in the CDMA band used by the radiotelephone, they can degrade receiver and demodulator performance.

It is frequently the case in an AMPS system for the carriers (A and B bands) to 'jam' the competitor system unintentionally. The goal of the cellular carrier is to provide a high signal to noise ratio for all the users of their system by placing cells close to the ground, or near their users, and radiating the FCC power limit for each AMPS channel. Unfortunately, this technique provides for better signal quality for the carrier's system at the expense of interfering with the competitor's system.

Intermodulation distortion, such as that caused by the above situations, is defined in terms of the peak spurious level generated by two or more tones injected into a receiver. Most frequently, the third-order distortion level is defined for a receiver in terms of a third-order input intercept point or IIP3. IIP3 is defined as the input power (in the form of two tones) required to create third order distortion products equal to the input two tone power. As shown in FIG. 13, IIP3 can

only be linearly extrapolated when a non-linear element, such as an amplifier, is below saturation.

As shown in FIG. 14, third-order distortion products occur when two tones are injected in a receiver. Tone #1 is at frequency f1 at power level P1 in dBm. Tone #2 is at frequency f2 at power level P2 in dBm. Typically P2 is set to equal P1. Third-order distortion products will be created at frequencies 2×f1 - f2 and 2×f2 - f1 at power levels P12 and P21 respectively. If P2 is set to equal P1, then spurious products should be equal, or P12 and P21 should be equal. Signal fc is injected at power level Pc to show that the added distortion is equal to a low level signal in this case. If there is a filter that filters out f1, f2 and f21 after the distortion is created, the power at f12 will still interfere with the signal power at fc. In example FIG. 14, for a CDMA application, the goal is that the intermod P12 should be equal to the signal power of −105 dBm for a total two tone power of −43 dBm, so the IIP3 must be >−9 dBm.

As is well known in the art, IIP3 for a single non-linear element is defined as the following:

$$IIP3 = \frac{IM3}{2} + P_{in} \text{ (dBm)}$$

If $P_1=P_2$, then $P_{in}=P_1+3$ dB or $P_2+3$ dB (dBm) and $IM3=P_1-P_{12}=P_2-P_{21}=P_2-P_{12}=P_1-P_{21}$ (dB)

For cascaded IIP3, where more non-linear elements are used, the equation is as follows:

$$IIP3=-10*log10[10^{(Gain\ to\ element\ IIP3/10)}+10^{(-IIP3\ of\ previous\ stages/10)}]$$

where:

Gain=gain to element input.

Therefore, one way to improve the cascaded IIP3 of a receiver is to lower the gain before the first non-linear element. In this case, the LNA and mixer limit IIP3. However, another quantity needs to be defined that sets the sensitivity or lowest receive signal level without interference. This quantity is referred to in the art as the noise figure (NF). If the gain of the receiver is reduced to improve IIP3 (and interference immunity), the NF (and sensitivity to small desired signals) is degraded.

The Element NF is defined as the following:

$$Element\ NF = \frac{S_i}{N_i} - \frac{S_o}{N_o} \text{ (dB)},$$

where:

Si/Ni is the input signal to noise ratio in dB, and $S_o/N_o$ is the output signal to noise ratio in dB.

For elements in cascade in a receiver, the equation is as follows:

$$Cascaded\ NF = 10*log10\left[10^{(NFe/10)} + \frac{10^{(NFi/10)}-1}{10^{(Gain/10)}}\right],$$

where:

NFe equals the noise figure of the element.

NFi equals the cascaded noise figure up to the element, and

Gain equals the running gain up to the element.

The 'best' cascaded NF can be achieved if the gain up to the element is maximized, this equation is in contradiction to the requirement for the 'best' cascaded IIP3. For a given element by element and receiver NF and IIP3, there are a limited set of gain values for each element that meet all of the requirements.

5,732,341

3

Typically, a receiver is designed with NF and IIP3 as predefined constants, as both of these quantities set the receiver's dynamic range of operation with and without interference. The gain, NF, & IIP3 of each device are optimized based on size, cost, thermal, quiescent and active element current consumption. In the case of a dual-mode CDMA/FM portable cellular receiver, the CDMA standard requires a 9 dB NF at minimum signal. In other words, for CDMA mode, the sensitivity requirement is a 0 dB S/N ratio at −104 dBm. For FM mode, the requirement is a 4 dB S/N ratio at −116 dBm. In both cases, the requirements can be translated to a NF as follows:

$$NF = S(\text{dBm}) - \frac{S}{N} \text{ (dB)} - N_{therm}(\text{dBm/Hz}) - Signal\,BW\,(\text{dB/Hz}),$$

where

S is the minimum signal power,

S/N is the minimum signal to noise ratio,

$N_{therm}$ is the thermal noise floor (−174 dBm/Hz@290° K.).

and Signal BW (dB/Hz) is the bandwidth of the signal. Therefore,

CDMA NF=−104 dBm−0 dB−(−174 dBm/Hz)−61 dB/Hz=9 dB,

FM NF=−116 dBm−4 dB−(−174 dBm/Hz)−45 dB/Hz=9 dB,

where

−61 dBm/Hz is the noise bandwidth for a CDMA channel

−45 dBm/Hz is the noise bandwidth for a FM channel

However, the receiver's NF is only required when the signal is near the minimum level and the IIP3 is only required in the presence of interference or strong CDMA signals.

There are only two ways to provide coverage in the areas where the carrier is creating strong interference. One solution is to employ the same technique; i.e., co-locate their cells along with the competition's. Another solution is to improve the immunity of a receiver to interference. One way to improve the immunity is to increase the receiver current. This is not a practical solution, however, for a portable radio that relies on battery power. Increasing the current would drain the battery more rapidly, thereby decreasing the talk and standby time of the radiotelephone. There is a resulting need to minimize multi-tone interference in a radiotelephone without impacting the current consumption.

## SUMMARY OF THE INVENTION

The process of the present invention adjusts attenuation in a circuit, thereby improving a receiver's immunity to interference. The circuit has an attenuator with attenuation and automatic gain control (AGC) with a variable gain. The process varies the attenuation by a predetermined amount. The gain of the circuit is then detected. If the detected gain change is greater than a predetermined threshold, intermodulation products have been detected and the front end attenuation is increased to reduce the intermodulation product power.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 shows a block diagram of the apparatus of the present invention for increasing receiver immunity.

FIG. 2 shows a block diagram of another alternate embodiment of the present invention.

FIG. 3 shows a block diagram of another alternate embodiment of the present invention.

4

FIG. 4 shows a block diagram of another alternate embodiment of the present invention.

FIG. 5 shows a another plot of received RF input power versus carrier to noise ratio in accordance with the embodiment of FIG. 7.

FIG. 6 shows a plot of receive RF input power versus carrier to noise ratio in accordance with the embodiment of FIG. 8.

FIG. 7 shows a block diagram of another alternate embodiment of the present invention.

FIG. 8 shows a plot of interference power vs. signal power without using the apparatus of the present invention.

FIG. 9 shows a plot of interference power vs. signal power in accordance with the alternate embodiments of the apparatus of the present invention.

FIG. 10 shows a block diagram of an alternate embodiment of the present invention.

FIG. 11 shows a block diagram of another alternate embodiment of the present invention.

FIG. 12 shows a block diagram of another alternate embodiment of the present invention.

FIG. 13 shows a plot of non-linear transfer characteristics and distortion measurement.

FIG. 14 shows a spectral description of distortion products.

FIG. 15 shows a block diagram of a method for detecting the power of a received signal in accordance with the present invention.

FIG. 16 shows a flow chart of the attenuation control process of the present invention.

## DESCRIPTION OF THE PREFERRED EMBODIMENT

It is an objective of the present invention to vary the receiver NF and IIP3 for enhancing the IIP3 (or interference immunity) without compromising NF when necessary. This performance 'enhancement' is accomplished by varying the gain of the first active element in the receiver. The gain can be varied by varying the gain of the LNA over a continuous range or switching out the low noise amplifier with bypass switches.

A block diagram of the preferred embodiment of the present invention is illustrated in FIG. 1. This embodiment involves adjusting the LNA 115 gain on a continuous basis using adjustable gain control (AGC) 110 at the receiver front end. The continuous AGC 110 at the front end also provides a linearity benefit at a minimum RF input level while the AGC 120 on the transmit side may reduce the IF AGC 125 and 130 requirements.

This embodiment detects the power output from the LNA 115. The power detector 105 measures both the signal power and the jammer power together at RF. Using this embodiment, the power detector 105 can continuously decrease the LNA 115 gain at a lower received power than the −65 dBm of the subsequent "switched gain" embodiments of FIGS. 7, 10, 11 and 12.

The preferred embodiment operates by the power detector 105 detecting the received signal and jammer power at RF. This detected power goes through a loop filter and is used to adjust the receive AGC 110, thereby adjusting the intercept point of the receive components. The gain is decreased as the measured power increases and the gain is increased as the measured power decreases. This embodiment could also combine the LNA 115 and the AGC 110 to form a variable

5,732,341

| 5 | 6 |

gain LNA, thus eliminating the need for the separate AGC 110 block. The power of the transmit AGC 120, located before the power amplifier 150, is adjusted in the same way as the receive AGC 110 in order to maintain the overall TX power level.

AGC amplifiers 125 and 130 are also located after the mixers 135 and 140 in order to adjust the gain after the jammers have been filtered out by the bandpass filter 145. These AGC amplifiers 125 and 130 perform the normal CDMA AGC function of open loop power control, closed loop power control, and compensation. These IF AGCs 125 and 130 are required due to the wide dynamic range requirements for CDMA. Typically, these AGCs 125 and 130 have greater than 80 dB of gain range. The receive and transmit AGC 125 and 130 after the mixers are adjusted by another power detector 150 that measures the total power after the received signal is downconverted. The power detector 150 adjusts the AGCs 125 and 130 gain downward as the downconverted signal's power increases and adjusts the AGCs 125 and 130 gain upward as the downconverted signal's power decreases.

In the preferred embodiment, the received signals are in the frequency band of 869–894 MHz. The transmitted signals are in the frequency band of 824–849 MHz. Alternate embodiments use different frequencies.

The plot illustrated in FIG. 5 shows the benefit of this AGC approach. The left hand y-axis shows the carrier over noise ratio versus receive signal power parameterized by the jammer level. The right hand y-axis shows the total jammer power required for a constant C/J as a function of received input power. When the jammer is not present (−100 dBm), the radio operates as though there is no RF AGC. As the jammer is increased, the C/N is decreased, but the effective linearity is also increased. In this example, the RF dynamic range is 30 dB and the threshold, where the RF AGC becomes active, is at the point the jammer power is greater than −25 dBm.

An alternate embodiment of the continuous gain adjustment is illustrated in FIG. 2. This embodiment first filters out the jammers with the bandpass filter 205 before the power detector 210 determines the power level of the downconverted signal. A threshold detector 225 determines when the signal power level reaches a certain point. −105 dBm in this embodiment, and then adjusts the AGCs 230 and 235 gain down when the signal power exceeds that power level. The AGCs 230 and 235 gain is adjusted upward when the signal power level goes below this threshold. The gain of AGCs 215 and 220 after the mixers 240 and 245 is adjusted continuously without checking for a predetermined threshold of power, performing the normal CDMA AGC power control.

The plot of this embodiment is illustrated in FIG. 6. When the threshold is set at −105 dBm, the minimum receive RF level, the C/N does not increase as quickly as the case where there is no RF AGC. The advantage of this embodiment is that the linearity benefit begins at a very low RF input power, no receive RF power detector is needed, and the AGC loop detects signal power only. Hence, the AGC loop is a simpler design than detecting at RF power.

Still another embodiment of the present invention is illustrated in FIG. 3. This embodiment operates similarly to the embodiment of FIG. 1. The only difference being the placement of the AGC 301 prior to the LNA 305 in the receive path.

Yet another embodiment of the present invention is illustrated in FIG. 4. This embodiment uses an attenuator 405

between the antenna 410 and the duplexer 415. The attenuation is controlled by the power detector 420 after the LNA 425. The power detector 420 measures the received signal and jammer power, filters it, and compares it to a predetermined threshold. In this embodiment, the threshold is −25 dBm. When the combined signal and jammer power reaches this threshold, the attenuation caused by the attenuator 405 is increased. This adjustment can be either in digital fixed steps or continuously adjusted. The AGC 430 and 435 after the mixers 440 and 445 are adjusted in the same manner as the FIG. 1 preferred embodiment.

An alternate embodiment of the apparatus of the present invention is illustrated in FIG. 7. This embodiment uses switches 701 and 702 to alter the front end gain. The actual switching level depends on the signal to noise requirements as a function of the signal level, or noise figure, for a particular CDMA radiotelephone design. The present invention can be used in an AMPS radiotelephone, however the switching characteristics will be changed to accommodate a different operating point.

This embodiment is comprised of an antenna 725 that receives and transmits radio signals. Receive and transmit paths in the radio are coupled to the antenna 725 through a duplexer 720 that separates the received signals from the transmitted signals.

A received signal is input to an LNA 703 that is coupled between two switches 701 and 702. One switch 701 couples the LNA 702 to the duplexer 720 and the second switch 702 couples the LNA 703 to a band-pass filter 704. In the preferred embodiment, the switches 701 and 702 are single-pole double-throw gallium arsenide switches.

The LNA 703 is coupled to one pole of each switch such that when both switches 701 and 702 are switched to those poles, the received signal is coupled to the LNA 703 and the amplified signal from the LNA 703 is output to the band-pass filter 704. The band-pass filter 704 in this embodiment has a frequency band of 869–894 MHz. Alternate embodiments use different bands depending on the frequencies of the signals being received.

A bypass path 730 is coupled to the other pole of each switch. When the switches 701 and 702 are switched to their other poles, the received signal from the duplexer 720 bypasses the LNA 703 and is conducted directly to the band-pass filter 704. In this embodiment, these switches 701 and 702 are controlled by the radiotelephone's microcontroller 740. In an alternate embodiment, a separate controller is used to control the positions of these switches.

After the band-pass filter 704 has filtered the received signal, the filtered signal is downconverted to a lower intermediate frequency (IF) for use by the rest of the radio. The down-conversion is done by mixing 705 the received signal with another signal having a frequency set by a phase locked loop 707 driving a voltage controlled oscillator 706. This signal is amplified 750 before being input to the mixer 705.

The downconverted signal from the mixer 705 is input to the back end AGCs 708 and 709. These AGCs 708 and 709 are used by the radiotelephone for closed loop power control, as is already well known in the art.

In the process of the present invention, the microcontroller 740 monitors the power of the received signal. When the power exceeds −65 dBm, the microcontroller 740 instructs the switches 701 and 702 to switch to the bypass position, thus coupling the received signal directly to the bandpass filter 704. By bypassing the LNA 703 gain, the intercept point for the receiver is increased proportionally by the

5,732,341

7

reduction in gain in dB. Alternate embodiments use other circuitry and methods to monitor the power of the received signal.

An alternate embodiment of the process of the present invention continuously adjusts the front end gain. This embodiment uses a lower power threshold such as –25 dBm.

The plots of FIGS. 8 and 9 illustrate the benefits of the switchable gain embodiments of the present invention illustrated in FIGS. 7, 10, 11 and 12. FIG. 8 illustrates a plot of interference power versus radio frequency (RF) signal power for a typical radio that is not using the switchable gain apparatus. This plot shows that the maximum interference level is limited to the receiver input compression point at –10.5 dBm. Both the single and dual tone power curves are shown.

The plot of FIG. 9 shows the interference power received by the radio versus the radio frequency signal power received by the radio using the switchable gain method and apparatus of the present invention. It can be seen that at the –65 dBm point of the graph, the switches are switched to bypass the LNA gain thus allowing a greater interference power to be tolerated without affecting the RF signal power. Both the single tone and two tone power curves are shown.

Another alternate embodiment of the apparatus of the present invention is illustrated in FIG. 10. This embodiment uses a single-pole single-throw switch 1001. In this embodiment, the switch 1001 is switched to the bypass path 1010 by the controller 1020 when the received signal power reaches –65 dBm. This effectively shorts out the LNA 1002 gain, thus coupling the received signal directly to the band-pass filter 1003.

Yet another alternate embodiment of the apparatus of the present invention is illustrated in FIG. 11. This embodiment uses a single-pole single-throw switch 1105 that, when closed, shorts the input of the LNA 1110 to ground through a resistor 1101. This creates an impedance mismatch at the input causing the signal to attenuate, thus reducing the gain caused by the LNA 1110. As in the above embodiments, the switch 1105 is closed when the input signal power reaches –65 dBm. The resistance required for the resistor 1101 is dependent on the amount of attenuation desired. This resistance will be different for different LNA's in alternate embodiments.

Still another embodiment of the apparatus of the present invention is illustrated in FIG. 12. This embodiment uses a single-pole double-throw switch 1201 at the output of the LNA 1205. The LNA 1205 is connected to one pole of the switch 1201 and a bypass path 1210 is connected to the other pole. The input to the bypass path 1210 is connected to the input of the LNA 1205. When the power level of the received RF signal reaches –65 dBm, the switch 1201 is thrown from the position coupling the LNA 1205 to the bandpass filter 1220 to the bypass path 1210. This couples the signal directly to the band-pass filter 1220, bypassing the gain of the LNA 1205.

In all of the above embodiments, the LNA can be powered down at the same time that it is bypassed by the switch or switches. This can be accomplished by connecting the LNA's power pin to a switch that is also controlled by the controller. Once the LNA is bypassed and is no longer used, power can be removed. This reduces the power consumption of the radio, thus increasing the talk and standby time for which the battery can be used.

In another embodiment of the present invention, $E_c/I_o$ detection is used to determine when to adjust the front end gain. Additional embodiments use other quality measurements, such as $E_b/I_o$.

8

These ratios are quality measurements for digital communications system performance. The $E_b/I_o$ ratio expresses the energy per bit to the total interference spectral density of the channel while the $E_c/I_o$ ratio expresses the energy per CDMA chip relative to the total interference spectral density. $E_b/I_o$ can be considered a metric that characterizes the performance of one communication system over another; the smaller the required $E_b/I_o$, the more efficient is the system modulation and detection process for a given probability of error. Given that $E_c/I_o$ and received signal strength are readily available, the microcontroller can detect the presence of strong interference as a drop in $E_c/I_o$ while the AGC detector detects the increased interference. The microcontroller can lower the front end gain to improve interference immunity which would improve $E_c/I_o$ and lower the distortion products falling within the signal bandwidth.

When the signal quality goes above the $E_b/I_o$ or $E_c/I_o$ threshold, the front end gain is reduced. The gain adjustment can be accomplished using either the continuous adjustment method or the amplifier switching method, both described above.

Still another embodiment, illustrated in FIG. 15, would be to detect the signal power at IF or baseband instead of the combination of the signal and jammer power at RF. This approach is simpler in that there is only one power detector and AGC control loop.

FIG. 15 illustrates a block diagram of the alternate method of detecting the power of the received signal. The signal is first downconverted to baseband frequency 1501. This analog signal is then converted to a digital signal 1505 for further baseband processing including determining the received signal strength. The chip correlator 1510 determines the energy per chip with respect to the energy of all the non-coherent components. This information, along with the received signal strength indicator (RSSI) is used by the processor 1515 to determine the amount of gain adjustment for both the receive 1520 and transmit 1530 power.

Since the received signal power measurement includes both the signal and jammer power, the receive gain is increased only when both the signal level and the energy per chip drops. Since the RSSI is being changed, the transmit power must also be changed to compensate, thus enabling the open loop power control to operate properly. Thus, the processor adjusts the transmit gain whenever the receive gain is adjusted.

Other embodiments use erasures or signal power to control the variable gain AGC. Additional embodiments, instead of controlling both transmit and receive power, only control receiver power.

A process for controlling the gain of the above embodiments is illustrated in FIG. 16. This process is based on the relationship illustrated in the graph of FIG. 13. In FIG. 13, one can see that as the interference input power increases along the X axis, the intermodulation products (the lower curve) increase faster than the interference power. Therefore, X dB of attenuation applied at the input will result in a decrease of the IM3 intermodulation products by 3*X dB if interference is present at the receiver input.

Typically, intermodulation products don't fall into the IF section of the radio due to their low power. Intermodulation products outside of the IF section of he radio do not cause receiver performance problems. Thus, adjustment of the receiver gain is only necessary if the intermodulation products are of sufficient power to affect the IF signal.

Referring to FIG. 16, the process of the present invention first adjusts the input gain 1601. In the preferred

5,732,341

9

embodiment, this gain adjustment is 3 dB. However, other embodiments can use other values of gain adjustment, such as the range of 1 dB–6 dB. The receiver processing is then used to measure the change in the power of the received signal 1605. In the preferred embodiment, the automatic gain control processing detects the IF signal power change. It is understood that measurement of the change in received signal power may be accomplished at the RF or baseband stages of the receiver as well.

If the signal power changes by approximately 3 dB, the CDMA signal is greater than the noise floor and there are no intermodulation products that might cause problems. Additional gain adjustment is not needed in this case, but increasing the gain will improve receiver sensitivity. IF signal power changes of approximately (3±0.5) dB are still considered to be 3 dB.

If the IF signal power changes by less than 3 dB 1610, the CDMA signal is less than the noise floor or there are no intermodulation products that might cause problems. In this case, the AGC is only seeing a small CDMA signal and noise. Therefore, it is necessary to increase the receiver circuit gain 1615 and thus increase the sensitivity of the receiver.

If the IF signal power changes by more than 3 dB, the intermodulation products are causing enough of a problem that additional gain adjustment is necessary 1620. In the preferred embodiment, if the input gain was changed by 3 dB the intermodulation products will change by 9 dB when large interference is present. In this case, the average gain may be decreased by a small amount (e.g., 3 dB) until the process of the present invention determines that the intermodulation products are reduced to an acceptable level.

The process of the present invention can be used continuously, checking for intermodulation products at a low rate. This rate is ten times per second in the preferred embodiment. Other embodiments use the process once per frame cycle. Still other embodiments use the process at other rates, such as upon detection of a significant error on the forward link.

In summary, the method of the present invention enables a mobile radio to travel near antennas of different systems while increasing the radio's resistance to radio frequency interference from the other system. By decreasing the front end gain, the intercept point of the radio's receive circuitry increases so that the spurs from the other system's signals will not cause performance degradation of the receiver and demodulator.

I claim:

1. A method for circuit gain adjustment, the circuit having a signal with power, the method comprising the steps of:
varying the circuit gain a predetermined amount;
determining a magnitude of a change in the power of the signal in response to the varying of the circuit gain; and
adjusting the circuit gain in response to the magnitude of the change in the power of the signal, the step of adjusting comprising the steps of:
decreasing the circuit gain when the magnitude of the change in the power of the signal is greater than a predetermined threshold; and
increasing the circuit gain when the magnitude of the change in the power of the signal is less than or equal to the predetermined threshold.

2. The method of claim 1 wherein the predetermined amount is about 3 dB and the predetermined threshold is about 9 dB.

3. A method for adjusting the power of a received signal having a plurality of frames in a circuit having a variable gain, the method comprising the steps of:

10

receiving the received signal at a radio frequency;
converting the received signal from the radio frequency to an intermediate frequency;
filtering the received signal;
varying the gain of the circuit by a predetermined amount;
determining a magnitude of a change in the power of the received signal in response to varying the gain; and
adjusting the gain of the circuit in response to the magnitude of the change in the power of the received signal, said step of adjusting comprising the steps of:
decreasing the gain of the circuit when the magnitude of the change in the power of the received signal is greater than a predetermined threshold; and
increasing the gain of the circuit when the magnitude of the change in the power of the received signal is less than or equal to the predetermined threshold.

4. The method of claim 3 wherein the predetermined amount is about 3 dB and the predetermined threshold is about 9 dB.

5. The method of claim 3 wherein said step of determining magnitude of a change in the power of the received signal is performed before said step of converting the received signal from the radio frequency to an intermediate frequency.

6. The method of claim 3 wherein said step of determining a magnitude of a change in the power of the received signal is performed after said step of converting the received signal from the radio frequency to an intermediate frequency.

7. The method of claim 3 wherein said step of determining a magnitude of a change in the power of the received signal is performed after said step of filtering the received signal.

8. The method of claim 3 further comprising the step of repeating said varying, determining, and adjusting steps at a predetermined rate.

9. The method of claim 8 wherein said predetermined rate is about 10 times per second.

10. The method of claim 8 wherein said predetermined rate is once per frame.

11. A method for increasing immunity of a radiotelephone to radio frequency interference, said radiotelephone having an antenna for receiving radio signals having a received power level, an attenuator, a variable gain receive amplifier, a gain controller, and a receive power detector, the method comprising the steps of:
said gain controller varying said received power level of said received radio signals by a predetermined amount;
said receive power detector detecting a magnitude of a change in said received power level of said received radio signals in response to said gain controller varying said received power level; and
said gain controller adjusting a gain of said variable gain receive amplifier in response to said magnitude of said detected received power level change, said adjusting comprising the steps of:
said gain controller decreasing said gain of said variable gain receive amplifier when said detected received power level change is greater than a predetermined threshold; and
said gain controller increasing said gain of said variable gain receive amplifier when said detected received power level change is less than or equal to a predetermined threshold.

12. The method of claim 11 wherein said varying step comprises attenuating said received radio signals with said variable attenuator.

13. The method of claim 11 wherein said varying step comprises adjusting said gain of said variable gain receive amplifier.

5,732,341

11

14. A system for adjusting the power of a received signal having a plurality of frames in a circuit having a variable gain, the system comprising:

means for receiving the received signal at a radio frequency; 5

means for converting the received signal from the radio frequency to an intermediate frequency;

means for filtering the received signal;

means for varying the gain of the circuit by a predetermined amount; 10

means for determining a magnitude of a change in the power of the received signal in response to the varied gain; and

means for adjusting the gain of the circuit in response to 15 the magnitude of the change in the power of the received signal, the means for adjusting including:

means for decreasing the gain of the circuit when the magnitude of the change in the power of the received signal is greater than a predetermined threshold; and 20

means for increasing the gain of the circuit when the magnitude of the change in the power of the received signal is less than or equal to the predetermined threshold.

15. The system of claim 14, wherein the predetermined 25 amount is about 3 dB and the predetermined threshold is about 9 dB.

16. The system of claim 14, wherein the means for determining a magnitude of a change in the power of the received signal determines the magnitude of the change 30 before the means for converting converts the received signal from the radio frequency to an intermediate frequency.

17. The system of claim 14, wherein the means for determining a magnitude of a change in the power of the received signal determines the magnitude of the change after 35 the means for converting converts the received signal from the radio frequency to an intermediate frequency.

18. The system of claim 14, wherein the means for determining a magnitude of a change in the power of the received signal determines the magnitude of the change after 40 the means for filtering filters the received signal.

19. An apparatus for increasing immunity of a radiotelephone to radio frequency interference, comprising:

12

an antenna for receiving radio signals;

a variable gain receive amplifier for amplifying said received signals;

a gain controller for varying a received power level of said received signals by a predetermined amount by adjusting a gain of said variable gain receive amplifier; and

a receive power detector for detecting a magnitude of a change in said received power level of said received signals in response to said gain adjustment;

wherein said gain controller adjusts said gain of said variable gain receive amplifier in response to said magnitude of said change in said received power level, said gain controller decreasing said gain of said variable gain receive amplifier when said change in said received power level is greater than a predetermined threshold, and said gain controller increasing said gain of said variable gain receive amplifier when said change in said received power level is less than or equal to said predetermined threshold.

20. An apparatus for increasing immunity of a radiotelephone to radio frequency interference, comprising:

an antenna for receiving radio signals;

a variable attenuator for attenuating said received signals;

a gain controller for varying a received power level of said received signals by a predetermined amount by adjusting an attenuation of said variable attenuator; and

a receive power detector for detecting a magnitude of a change in said received power level of said received signals in response to said attenuation adjustment.

wherein said gain controller adjusts said attenuation of said variable attenuator in response to said magnitude of said change in said received power level, said gain controller increasing said attenuation of said variable attenuator when said change in said received power level is greater than a predetermined threshold, and said gain controller decreasing said attenuation of said variable attenuator when said change in said received power level is less than or equal to said predetermined threshold.

* * * * *

| TO: **Commissioner of Patents and Trademarks** Washington, D.C. 20231 | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT** |
|---|---|

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 U.S.C. 290) you are hereby advised
that a court action has been filed on the following patent(s) in the U.S. District Court:

| DOCKET NO. 02cv2429 H(LSP) | DATE FILED 12/12/02 | U.S. DISTRICT COURT United States District Court, Southern District of California |
|---|---|---|
| PLAINTIFF QUALCOMM INCORPORATED | | DEFENDANT MAXIM INTEGRATED PRODUCTS, INC |

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1 5,267,262 | 11/30/93 | CHARLES E. WHEATLEY |
| 2 5,722,063 | 2/24/98 | Paul Peterzell |
| 3 5,732,341 | 3/24/98 | Charles E. Wheatley |
| 4 | | |
| 5 | | |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| PATENT NO. | DATE OF PATENT | PATENTEE | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1 - Upon initiation of action, mail this copy to Commissioner   Copy 3 - Upon termination of action, mail this copy to Commissioner
Copy 2 - Upon filing document adding patent(s), mail this copy to Commissioner   Copy 4 - Case file copy

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

02 DEC 12 AM 9: 46

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

## I. (a) PLAINTIFFS

QUALCOMM Incorporated

**DEFENDANTS**

Maxim Integrated Products, Inc.

**(b)** County of Residence of First Listed Plaintiff  San Diego County
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  Santa Clara
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

SEE ATTACHMENT

Attorneys (If Known)

'02 CV 2429 H (LSP)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
■ 3  Federal Question (U.S. Government Not a Party)
☐ 2  U.S. Government Defendant
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury — | of Property 21 USC 881 | 28 USC 157 | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 820 Copyrights | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ■ 830 Patent | ☐ 810 Selective Service |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | Exchange |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | | | 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIW W (405(g)) | ☐ 893 Environmental Matters |
| | | | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | & Disclosure Act | | Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | Habeas Corpus: | | ☐ 870 Taxes (U.S. Plaintiff | Under Equal Access to |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | or Defendant) | Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS— Third Party | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. | 26 USC 7609 | State Statutes |
| | | ☐ 550 Civil Rights | Security Act | | ☐ 890 Other Statutory Actions |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

■ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

35 U.S.C. 271 - Infringement of Patent

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):

JUDGE  Barry T. Moskowitz

DOCKET NUMBER  02 CV 2002 H (JFS)

DATE  12/12/02

SIGNATURE OF ATTORNEY OF RECORD
James R. Batchelder  by DJE

**FOR OFFICE USE ONLY**

RECEIPT #  87405     AMOUNT  150.00     APPLYING IFP     JUDGE     MAG. JUDGE

12/12/02  VB

CIVIL COVER SHEET
ATTACHMENT TO SECTION 1(c)


Attorneys of Record:


Gerald L. McMahon
David J. Zubkoff
SELTZER CAPLAN McMAHON VITEK
2100 Symphony Towers
750 B Street
San Diego, CA  92101
(619) 685-3003

Lloyd R. Day, Jr.
James R. Batchelder
DAY CASEBEER MADRID & BATCHELDER LLP
20300 Stevens Creek Blvd., Suite 400
Cupertino, CA  95014
(408) 873-0110